# EXHIBIT #3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CHARLES R. BYARD, DAVID M. BROSIUS, KIMBERLY A. RAY, STEPHANIE SNOW-MCKISIC, LISA M. THARP, and LYNET WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON WEST VIRGINIA, INC., FRONTIER WEST VIRGINIA, INC., VERIZON SERVICES CORP., VERIZON COMMUNICATIONS INC., JODI DENNIS, MARY FREDERICK, CODY STEWART, CORBY MILLER, BARBARA TERWILLIGER, BOB ANDERSON, TAMMY MASON, DAWN WATSON, and MICHAEL HATHAWAY,<br><br>Defendants. | Civil Action No. _____ |

## CONSENT TO REMOVAL

Now comes Defendant, Michael Hathaway, and hereby consents to and joins in the Defendants Verizon Services Corp., Verizon Communications Inc., Mary Frederick, Cody Stewart, Barbara Terwilliger, Tammy Mason and Dawn Watson's Notice of Removal to this Court, of the pending action in the Circuit Court of Harrison County, West Virginia, captioned:

Charles R. Byard, David M. Brosius, Kimberly A. Ray, Stephanie Snow-McKisic, Lisa M. Tharp, and Lynet White, individually and on behalf of all others similarly situated, Plaintiffs,

v.

Verizon West Virginia, Inc., Frontier West Virginia, Inc., Verizon Services Corp., Verizon Communications, Inc., Jodi Dennis, Mary Frederick, Cody Stewart, Corby Miller, Barbara Terwilliger, Bob Anderson, Tammy Mason, Dawn Watson, and Michael Hathaway, Defendants.

Civil Action No. 11-C-315-1.

Respectfully submitted:

*[signature]*

Michael Hathaway
403 Spruce Drive
Scott Depot, WV 25560
(304)757-7055

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CHARLES R. BYARD, DAVID M. BROSIUS, KIMBERLY A. RAY, STEPHANIE SNOW-MCKISIC, LISA M. THARP, and LYNET WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON WEST VIRGINIA, INC., FRONTIER WEST VIRGINIA, INC., VERIZON SERVICES CORP., VERIZON COMMUNICATIONS INC., JODI DENNIS, MARY FREDERICK, CODY STEWART, CORBY MILLER, BARBARA TERWILLIGER, BOB ANDERSON, TAMMY MASON, DAWN WATSON, and MICHAEL HATHAWAY,<br><br>Defendants. | Civil Action No. _____ |

## CONSENT TO REMOVAL

Now comes Defendant, Bob Anderson, and hereby consents to and joins in the Defendants Verizon Services Corp., Verizon Communications Inc., Mary Frederick, Cody Stewart, Barbara Terwilliger, Tammy Mason and Dawn Watson's Notice of Removal to this Court, of the pending action in the Circuit Court of Harrison County, West Virginia, captioned:

Charles R. Byard, David M. Brosius, Kimberly A. Ray, Stephanie Snow-McKisic, Lisa M. Tharp, and Lynet White, individually and on behalf of all others similarly situated, Plaintiffs,

v.

Verizon West Virginia, Inc., Frontier West Virginia, Inc., Verizon Services Corp., Verizon Communications, Inc., Jodi Dennis, Mary Frederick, Cody Stewart, Corby Miller, Barbara Terwilliger, Bob Anderson, Tammy Mason, Dawn Watson, and Michael Hathaway, Defendants.

Civil Action No. 11-C-315-1.

Respectfully submitted:

*Bob Anderson* (signature)

Bob Anderson
114 West Virginia Ave
Nutter Fort, WV 26301
(304) 622-228 Home
(304) 997-0305 Cell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CHARLES R. BYARD, DAVID M. BROSIUS, KIMBERLY A. RAY, STEPHANIE SNOW-MCKISIC, LISA M. THARP, and LYNET WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON WEST VIRGINIA, INC., FRONTIER WEST VIRGINIA, INC., VERIZON SERVICES CORP., VERIZON COMMUNICATIONS INC., JODI DENNIS, MARY FREDERICK, CODY STEWART, CORBY MILLER, BARBARA TERWILLIGER, BOB ANDERSON, TAMMY MASON, DAWN WATSON, and MICHAEL HATHAWAY,<br><br>Defendants. | Civil Action No. _____ |

## CONSENT TO REMOVAL

Now comes Defendant, Jodi Dennis, and hereby consents to and joins in the Defendants Verizon Services Corp., Verizon Communications Inc., Mary Frederick, Cody Stewart, Barbara Terwillinger, Tammy Mason and Dawn Watson's Notice of Removal to this Court, of the pending action in the Circuit Court of Harrison County, West Virginia, captioned:

> Charles R. Byard, David M. Brosius, Kimberly A. Ray, Stephanie Snow-McKisic, Lisa M. Tharp, and Lynet White, individually and on behalf of all others similarly situated, Plaintiffs,
>
> v.
>
> Verizon West Virginia, Inc., Frontier West Virginia, Inc., Verizon Services Corp., Verizon Communications, Inc., Jodi Dennis, Mary Frederick, Cody Stewart, Corby Miller, Barbara Terwilliger, Bob Anderson, Tammy Mason, Dawn Watson, and Michael Hathaway, Defendants.

Civil Action No. 11-C-315-1.

                Respectfully submitted:

                */s/ Jodi Dennis*
                Jodi Dennis
                [address]
                [telephone number]
                1216 Smithtown School Rd.
                Morgantown, WV 26508

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Charles R. Byard, David M. Brosius, Kimberly A. Ray, Stephanie Snow-McKisic, Lisa M. Tharp, and Lynet White, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Verizon West Virginia, Inc., Frontier West Virginia, Inc., Verizon Services Corp., Verizon Communications, Inc., Jodi Dennis, Mary Frederick, Cody Stewart, Corby Miller, Barbara Terwilliger, Bob Anderson, Tammy Mason, Dawn Watson, and Michael Hathaway,<br><br>        Defendants. | Civil No. .<br><br>Judge: |

## CONSENT TO REMOVAL

Now comes Defendant, Corbi Miller, and hereby consents to and joins in the Defendants Verizon Services Corp., Verizon Communications Inc., Mary Frederick, Cody Stewart, Barbara Terwilliger, Tammey Mason, and Dawn Watson's Notice of Removal to this Court, of the pending action in the Circuit Court of Harrison County, West Virginia, captioned:

> Charles R. Byard, David M. Brosius, Kimberly A. Ray, Stephanie Snow-McKisic, Lisa M. Tharp, and Lynet White, individually and on behalf of all others similarly situated, Plaintiffs,
>
> v.
>
> Verizon West Virginia, Inc., Frontier West Virginia, Inc., Verizon Services Corp., Verizon Communications, Inc., Jodi Dennis, Mary Frederick, Cody Stewart, Corby Miller, Barbara Terwilliger, Bob Anderson, Tammy Mason, Dawn Watson, and Michael Hathaway, Defendants

Civil Action No. 11-C-315-1.

Respectfully submitted:

*[signature]*

Harlen Corbitt Miller, a.k.a. Corby Miller
Rt. 6, Box 206A
Fairmont, WV 26554

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Charles R. Byard, David M. Brosius, Kimberly A. Ray, Stephanie Snow-McKisic, Lisa M. Tharp, and Lynet White,<br><br>Plaintiffs,<br><br>v.<br><br>Verizon West Virginia, Inc., Frontier West Virginia, Inc., Verizon Services Corp., Verizon Communications, Inc., Jodi Dennis, Mary Frederick, Cody Stewart, Corby Miller, Barbara Terwilliger, Bob Anderson, Tammy Mason, Dawn Watson, and Michael Hathaway,<br><br>Defendants. | Civil No. .<br><br>Judge: |

## CONSENT TO REMOVAL

Now comes Defendant, Frontier West Virginia Inc., and hereby consents to and joins in the Defendants' Notice of Removal to this Court, of the pending action in the Circuit Court of Harrison County, West Virginia, captioned:

> Charles R. Byard, David M. Brosius, Kimberly A. Ray, Stephanie Snow-McKisic, Lisa M. Tharp, and Lynet White, individually and on behalf of all others similarly situated, Plaintiffs,
>
> v.
>
> Verizon West Virginia, Inc., Frontier West Virginia, Inc., Verizon Services Corp., Verizon Communications, Inc., Jodi Dennis, Mary Frederick, Cody Stewart, Corby Miller, Barbara Terwilliger, Bob Anderson, Tammy Mason, Dawn Watson, and Michael Hathaway, Defendants.
>
> Civil Action No. 11-C-315-1.

        Respectfully submitted,

        *s/ Erica L. Clarke*
        Theodore A. Schroeder (WV ID No. 9803)
        tschroeder@littler.com
        Erica L. Clarke (WV ID No. 10377)
        eclarke@littler.com
        LITTLER MENDELSON, P.C.
        625 Liberty Avenue, 26th Floor
        Pittsburgh, PA  15222-3110
        412.201.7600 (phone)
        412.456.2377 (fax)

        *Attorneys for Defendant, Frontier West Virginia Inc.*

Dated:  August 11, 2011