**EXHIBIT III**

**Mid Atlantic Associate Pension Band Amount Table**

| PB | Current | Temporary Q4 2003 | 1/1/2004 - 10/31/2004 | November 1 2004 | October 1 2005 | October 1 2006 | October 1 2007 |
|----|---------|-------------------|-----------------------|-----------------|----------------|----------------|----------------|
| 101 | $31.36 | $32.93 | $31.36 | $31.99 | $32.95 | $33.94 | $34.96 |
| 102 | $32.66 | $34.29 | $32.66 | $33.31 | $34.31 | $35.34 | $36.40 |
| 103 | $33.98 | $35.68 | $33.98 | $34.66 | $35.70 | $36.77 | $37.87 |
| 104 | $35.31 | $37.08 | $35.31 | $36.02 | $37.10 | $38.21 | $39.36 |
| 105 | $36.63 | $38.46 | $36.63 | $37.36 | $38.48 | $39.63 | $40.82 |
| 106 | $37.97 | $39.87 | $37.97 | $38.73 | $39.89 | $41.09 | $42.32 |
| 107 | $39.28 | $41.24 | $39.28 | $40.07 | $41.27 | $42.51 | $43.79 |
| 108 | $40.59 | $42.62 | $40.59 | $41.40 | $42.64 | $43.92 | $45.24 |
| 109 | $41.96 | $44.06 | $41.96 | $42.80 | $44.08 | $45.40 | $46.76 |
| 110 | $43.25 | $45.41 | $43.25 | $44.12 | $45.44 | $46.80 | $48.20 |
| 111 | $44.58 | $46.81 | $44.58 | $45.47 | $46.83 | $48.23 | $49.68 |
| 112 | $45.88 | $48.17 | $45.88 | $46.80 | $48.20 | $49.65 | $51.14 |
| 113 | $47.22 | $49.58 | $47.22 | $48.16 | $49.60 | $51.09 | $52.62 |
| 114 | $48.55 | $50.98 | $48.55 | $49.52 | $51.01 | $52.54 | $54.12 |
| 115 | $49.85 | $52.34 | $49.85 | $50.85 | $52.38 | $53.95 | $55.57 |
| 116 | $51.19 | $53.75 | $51.19 | $52.21 | $53.78 | $55.39 | $57.05 |
| 117 | $52.48 | $55.10 | $52.48 | $53.53 | $55.14 | $56.79 | $58.49 |
| 118 | $53.84 | $56.53 | $53.84 | $54.92 | $56.57 | $58.27 | $60.02 |
| 119 | $55.17 | $57.93 | $55.17 | $56.27 | $57.96 | $59.70 | $61.49 |
| 120 | $56.47 | $59.29 | $56.47 | $57.60 | $59.33 | $61.11 | $62.94 |
| 121 | $57.78 | $60.67 | $57.78 | $58.94 | $60.71 | $62.53 | $64.41 |
| 122 | $59.13 | $62.09 | $59.13 | $60.31 | $62.12 | $63.98 | $65.90 |
| 123 | $60.44 | $63.46 | $60.44 | $61.65 | $63.50 | $65.41 | $67.37 |
| 124 | $61.76 | $64.85 | $61.76 | $63.00 | $64.89 | $66.84 | $68.85 |
| 125 | $63.08 | $66.23 | $63.08 | $64.34 | $66.27 | $68.26 | $70.31 |
| 126 | $64.40 | $67.62 | $64.40 | $65.69 | $67.66 | $69.69 | $71.78 |
| 127 | $65.74 | $69.03 | $65.74 | $67.05 | $69.06 | $71.13 | $73.26 |
| 128 | $67.03 | $70.38 | $67.03 | $68.37 | $70.42 | $72.53 | $74.71 |
| 129 | $68.38 | $71.80 | $68.38 | $69.75 | $71.84 | $74.00 | $76.22 |
| 130 | $69.67 | $73.15 | $69.67 | $71.06 | $73.19 | $75.39 | $77.65 |
| 131 | $71.03 | $74.58 | $71.03 | $72.45 | $74.62 | $76.86 | $79.17 |
| 132 | $72.36 | $75.98 | $72.36 | $73.81 | $76.02 | $78.30 | $80.65 |
| 133 | $73.66 | $77.34 | $73.66 | $75.13 | $77.38 | $79.70 | $82.09 |
| 134 | $75.00 | $78.75 | $75.00 | $76.50 | $78.80 | $81.16 | $83.59 |
| 135 | $76.28 | $80.09 | $76.28 | $77.81 | $80.14 | $82.54 | $85.02 |

**EXHIBIT IV**

**TRANSFER PLAN AND INTERCOMPANY JOB BANK**

Effective January 1, 1993, the parties agree to the following terms and conditions of the Verizon Services Corp. Transfer Plan (hereinafter Transfer Plan, or Plan).

Parties to this Agreement are Verizon Services Corp., Verizon Pennsylvania Inc., Verizon Delaware Inc., Verizon Washington, D. C. Inc., Verizon Maryland Inc., Verizon Virginia-Inc., Verizon West Virginia Inc., Verizon New Jersey Inc., Verizon Advanced Data Inc. (hereinafter referred to as "Sponsoring Employers") and the Unions currently representing employees of the Sponsoring Employers (hereinafter referred to as "Participating Unions").

Eligibility for participation in the Transfer Plan shall be limited to active, regular full time employees of the Sponsoring Employers who are represented for purposes of collective bargaining by one of the Participating Unions.

When an employee, satisfactorily rated overall, is in a work group which has been declared surplus by the Sponsoring Employer in accordance with the terms of the labor agreement applicable to the bargaining unit, the Sponsoring Employer shall furnish the employee's name and relevant data concerning the employee to the Intercompany Job Bank Program in which all Sponsoring Employers shall participate. The employee will be given a toll free telephone number should he or she desire to make direct contact with the Intercompany Job Bank.

The Intercompany Job Bank will have as its goal the matching of force surplus in any of the Sponsoring Employers with the employment needs of other Sponsoring Employers. All movement of personnel within a Sponsoring Employer (laterals, promotions, downgrades, or others) and obligations, if any, to recall former employees of that Sponsoring Employer shall take priority over any moves under the Intercompany Job Bank.

The Intercompany Job Bank shall maintain a centralized file containing the names, job titles and locations of registered employees. This file shall be utilized by the Sponsoring Employers prior to hiring new employees into jobs for which registered surplus employees are qualified and willing to relocate. Qualified employees in the surplus groups shall have the opportunity to voluntarily transfer to job openings for which they are qualified at any of the other Sponsoring Employers. Consideration will be given in seniority order to employees in the same title as the job opening and then to other qualified employees.

Upon notification of an opportunity, an eligible employee volunteering to transfer shall have ten (10) work days to respond and must be available to report to the job in the receiving unit within fourteen (14) calendar days from the date of response if within

commuting distance and thirty (30) calendar days from the date of response if a change of residence (i.e., transfer to a work location which is at least thirty-five miles farther from the employee's residence than the distance from the employee's residence to his or her existing work location) is required.

An eligible employee who transfers to a different bargaining unit under the above provisions shall become eligible for all benefits provided under the labor agreement applicable to the receiving unit; provided, however, that vacations, floating holidays and excused work days taken by the employee prior to the transfer will be offset against any such benefits to which the employee shall become eligible under the collective bargaining agreement applicable to the receiving unit.  The eligible employee's seniority in the receiving unit shall be computed as if he or she had been employed in the receiving unit during the period while employed in the sending unit.  An employee who opts to transfer to a job in a different bargaining unit requiring a change in residence, as defined above, will be entitled to the relocation benefits under the applicable Company-Union collective bargaining agreement in the sending unit or the benefits provided in the Interbargaining Unit Relocation Benefits Plan (Attachment A).

On the effective date of the transfer, the employee will be moved from his or her present dollar rate to the nearest step on the wage schedule in the receiving unit assuring no loss of pay, if possible.  If the highest step on the wage schedule is insufficient to prevent a loss of pay, the employee will be placed on the highest step of the wage schedule and will become eligible for benefits under the Interbargaining Unit Income Protection Plan (Attachment B).

The provisions of this Agreement shall supersede conflicting or inconsistent provisions contained in any individual labor agreements or practices of the parties.  It also supersedes any previous agreements concerning the Intercompany Job Bank.  Disputes concerning the proper interpretation or application of the Interbargaining Unit Relocation Benefits Plan and the Interbargaining Unit Income Protection Plan shall be resolved through the grievance and arbitration provisions of the labor agreement applicable to the receiving bargaining unit.  Determinations as to what openings shall be available through the Intercompany Job Bank, proper staffing levels for transferred work and the number of employees eligible for transfer shall not be subject to arbitration provisions under the labor agreements of either the sending or receiving units.

**ATTACHMENT A - TRANSFER PLAN AND INTERCOMPANY JOB BANK**

**INTERBARGAINING UNIT RELOCATION BENEFITS PLAN**

Employees eligible under the terms of the Transfer Plan shall be entitled to the following benefits:

**MOVING EXPENSES  -**

o       Time of temporary living (up to six weeks)

| | |
|---|---|
| - Meal expense | Contractual rate * |
| - Lodging (accommodations to be authorized by Director Level) | Actual reasonable expense |
| - Return trips home (up to 2 round trips) | Actual reasonable expense |
| - Final trip - transportation, meals and lodging for 3 days for employee and family (accommodations to be authorized by Director Level) | Actual reasonable expense |

o       Moving household goods

As arranged and paid for by Sponsoring Employer

**HOUSING EXPENSES  -**

o       Renter

-       Reimburse lease cancellation costs as a result of the transfer

o       Homeowner

-       Reimburse actual real estate commission paid for the sale of the employee's former residence up to 3% of sale price

-       Reimburse actual normal and customary closing costs on the purchase of new residence up to 3% of purchase price

**MISCELLANEOUS ALLOWANCE**  - 5% of the annualized basic weekly wage earned by the employee immediately prior to the transfer (contributes to miscellaneous costs such as utility disconnection and connection, mortgage interest differentials, etc.)

**TAX GROSS UP**  - Provides a tax gross up of 20% of non-deductible reimbursements

**TOTAL RELOCATION EXPENSE REIMBURSEMENTS SHALL NOT EXCEED $12,000**

---

\* NJB-CWA Commercial/Marketing - reimburse actual reasonable expense incurred.

## ATTACHMENT B - TRANSFER PLAN AND INTERCOMPANY JOB BANK

## INTERBARGAINING UNIT INCOME PROTECTION PLAN

Employees eligible under the terms of the Transfer Plan shall be entitled to the following benefits:

Within thirty (30) days following completion of one (1) year of continuous employment in the receiving bargaining unit the employee shall be given a lump sum payment determined as follows:

(1)    The percentage by which the employee's basic weekly wage was reduced as a result of the transfer shall be multiplied by the total wages the employee has received in the year following the date of the transfer, including overtime premiums and differentials.

(2)    The lump sum payments made under this Plan shall not be used in the computation of overtime, differentials, or any other premium payments, as the effect of such premiums has been included in the lump sum.  Nor shall this payment be included in the determination of any benefits calculated on the basis of wages or other earnings.

EXHIBIT V

**BROADBAND NETWORK EMPLOYMENT SECURITY PROVISIONS**

1.  Effective ninety (90) days following ratification of the 1995-98 General Agreement, the following work security protection shall apply to the below described work operations which are performed in Maryland, Virginia, Washington, D.C., and West Virginia by the Companies in the Network Operations Line of Business, whether or not the Companies operate the Network Operations Line of Business as a separate Line of Business and whether or not these work operations are transferred to another organization or entity within the Companies:

    A)  With regard to that portion of the Broadband Network which is defined in subsection 1(B) as Broadband Facilities, the placement (except for the continued use of Flow Mole or other burying/trenching methods), transfer, splicing and repair of such Broadband Facilities will be assigned exclusively to employees of the Companies represented by CWA. The only exception will be in the event of an emergency or in a situation where a Company determines that there are extraordinary circumstances that require outside assistance.

    B)  Broadband Facility is defined as any fiber optic cable and associated electronics, coaxial cable and associated electronics, or any other newly developed wire or cable material and associated electronics actually used in the deployment of the Broadband Network to deliver a broad range of voice, data, imaging and video service applications not located within a Company central office which is or will be maintained, operated and majority or wholly owned by one of the Companies and which is or will be located between the vaults of any two Company central offices, or between a customer serving terminal/TAP/ONU and the vault of the "end office" Company central office. These facilities are commonly referred to as inter-office, feeder and distribution outside plant facilities. Broadband Facility does not include traditional copper wire facilities.

2.  These provisions concerning Broadband Network shall not apply to support or routing structures, poles, strand, anchors, guys, trees, huts, vaults, conduit, innerduct, rods, trenches or other structures used to support, route or enclose Broadband Facilities or to cable locating activities.

3.  All video and telephony work on the remaining portion of the Broadband Network from the serving terminal/TAP/ONU to and including the customer's premises (e.g., drop, inside wire, set top or other equipment) can be performed by Bell Atlantic Communications and Construction Services, Inc. (BACCSI). BACCSI and CWA have reached agreement on a prehire agreement (setting forth competitive wages, benefits and working conditions) that is being signed by those

parties simultaneous with this Memorandum of Understanding and is based on the following work jurisdiction and job security provisions:

A)      BACCSI can perform all work from the serving terminal/TAP/ONU toward the customer, including but not limited to installation and maintenance on drop and inside wire, telephony and video and set tops or other equipment.

B)      In all General Manager areas (districts) where BACCSI is operating, all regular full-time Network Operations employees of the Companies hired on or before January 25, 1996 and holding the title of Splicing Technician, Cable Splicing Technician, Systems Technician, Services Technician and Outside Plant Technician will not be subject to layoff.  In the event any of these employees' titles are changed but their duties remain essentially unchanged, such employees will continue to have this layoff protection.  If BACCSI is not operating in a General Manager area, this layoff protection will not apply.

C)      In General Manager areas where BACCSI is not operating, the rights of the Companies and CWA regarding the assignment of telephone work described in Section 3(A) are unaffected by these Broadband Network/Employment Security Provisions.  However, in the event of a force adjustment which would result in the layoff, in a General Manager area where BACCSI is not operating, of a regular full-time Network Operations employee who:

(1)      is hired on or before January 25, 1996,
(2)      holds the title of Splicing Technician, Cable Splicing Technician, Systems Technician, Services Technician or Outside Plant Technician, and
(3)      would normally have rights to "bump" a less senior employee who is protected by Section 3(B) above, such employee may elect to transfer into the title and location of the less senior protected employee provided that:
         a)      such senior employee shall be responsible for all relocation expenses, if any, and will not be eligible for relocation reimbursement or commutation expense in lieu of relocation under any applicable provisions of the collective bargaining agreement, and
         b)      no General Manager area will, in any calendar year, have to absorb such transfers if they exceed two percent (2%) of the average total number of employees in the affected title within the General Manager area during the last three (3) months of the preceding calendar year.

D)    The provisions of this Section 3 will supersede any contrary provisions of the applicable collective bargaining agreement.

4.    Regarding future work assignments after this Broadband Network agreement expires and regarding work operations not covered by paragraph one (1) or three (3), these provisions on Broadband Network do not modify, increase or diminish, and shall not be construed to modify, increase or diminish the rights of either CWA or the Companies under other provisions of their collective bargaining agreements.

5.    Sales of video information and programming will be handled by Bell Atlantic Video Services, Inc. (BVS) and other Video Information Providers (VIPs). It is the Companies' understanding that BVS currently plans to use multiple sales channels. While BVS is a separate company which makes its own labor policy, it is the Companies' intent to aggressively pursue with BVS (if legally permissible) sales opportunities for the Consumer LOB to become an additional in-bound and out-bound sales channel for BVS utilizing the Telephone Canvasser, Telemarketing Representative and other titles.

6.    These provisions concerning Broadband Network/Employment Security will be implemented ninety (90) days following ratification of the 1995-98 General Agreement. The use of contractors performing the work covered by paragraph one (1) will be phased out during that ninety (90) day period, subject to any existing contractual arrangements with contractors which cannot be terminated within that period. Any such requirement will be terminated at the first possible date permitted under the agreement with the vendor. These provisions expire on August 5, 2000.

## Broadband Network/Employment Security Provisions
### (Amended As of August 6, 2000)

The Broadband Network/Employment Security Provisions are renewed, as amended below, for the life of the new collective bargaining agreements of the covered Verizon operating telephone companies. The following amendments supersede any contrary or conflicting provisions in the current Broadband Network/Employment Security Provisions. The Broadband Network/Employment Security Provisions, as amended herein, expire on August 2, 2003.

1. Commencing no later than August 1, 2001, Verizon Connected Solutions Inc. (VCS) will no longer perform repair work between the serving terminal/TAP/ONU and the Companies' side of the network interface device ("drop repair work"). Except as provided for below, "drop repair work" will be dispatched exclusively to CWA-represented employees of the Companies ("core" employees). Staffing associated with the return of this work will take place over the period January 1, 2001 through August 1, 2001.

The exclusions to the above commitments are as follows:

- Repair, replacement, and/or connection of buried drops, or "C" wire, after service has been restored or corrected by temporary means, and
- In an emergency ("event of national importance, fire, explosion, or other catastrophe or severe weather conditions, e.g., Hurricane, Tornado, Blizzard, severe ice damage, or Major Flood").

2. Commencing no later than October 1, 2000, when a "core" employee is dispatched on "drop repair work", and the trouble on that job is at or beyond the customer's side of the network interface device ("inside repair work"), the "inside repair work" will be performed by the "core" employee if the customer is present to provide access at the time of the visit.

3. The foregoing commitments will not affect the ability of VCS technicians to perform repair work involving the network interface device when dispatched to a repair job involving "inside repair work".

4. Existing VCS technicians will receive full consideration for "core" vacancies created as a result of the implementation of these provisions.  VCS technicians hired as "core" employees will not be counted in the 50/50 Internal vs. External Staffing Commitment. Their impact will be fully neutral.

5. These commitments apply only to repair jobs necessary to restore or correct service in response to a specific trouble report.

**EXHIBIT VI**

## ENHANCED INCOME SECURITY PLAN

Effective August 3, 2003, the following special Enhanced ISP program will apply during the term of this agreement scheduled to expire August 2, 2008:

Prior to proceeding to a layoff resulting from a surplus in any particular title, location, and work group the Companies will offer an enhanced ISP Termination Allowance equal to 2 times the normal ISP Termination Allowance (e.g., up to a maximum of $66,000) in the surplus title and location. The Companies may also offer Enhanced ISP where the Income Security Plan may be offered. The Companies may limit acceptances to the number of surplus and this Enhanced ISP offer would be in lieu of obligations, if any, the Companies may have to offer regular ISP.

Other conditions generally applicable to ISP - the 30 day election period, lump sum payment provisions, the 48 monthly payment schedule, the ISP Expense Allowance, proration provisions, repayment upon reemployment and lack of arbitrability - will also apply to Enhanced ISP.

**Voluntary Termination Bonus**

Any employee who makes a voluntary election to leave the service of the Company pursuant to any Income Security Plan or Enhanced ISP offer made during the term of the 2003 MOU, and who does separate from the Company pursuant to that offer shall receive, as applicable:

1.    A lump-sum payment of $10,000, less taxes and withholdings, in addition to any ISP/EISP for which the employee is otherwise eligible, and

2.    For those not otherwise eligible, six months of continuation medical coverage under the terms of the plan and the employee's coverage in effect at the time of separation.

# Letters of Understanding

## INDEX

Page

Agreement Continuation ...................................................................115

Advertising and Classifying Job Vacancies........................................117

Assistant Technician .........................................................................118

Available for Reassignment ...............................................................119

BANDI ............................................................................................120

BANI Customer Bid Work ...............................................................121

Bi-Lingual Differential .....................................................................123

Christmas for Category IV Employees ...............................................124

Closed Time .....................................................................................125

Consultant Agreement ......................................................................126

Contract Labor .................................................................................127

Contracting Initiatives......................................................................128

Copy of Disciplinary Record .............................................................129

Direct Billing for Relocation Expenses ...............................................130

DSL Demand Sales ...........................................................................131

Equivalent Jobs ................................................................................132

Evaluative Observations ...................................................................133

Flex Time .........................................................................................135

Four Day Work Week Trial ...............................................................136

Force Adjustment Negotiations .........................................................138

Grievance Trial .................................................................................139

Home Garaging Trial ........................................................................140

Inter-area Recall of Laid Off Employees.............................................142

Inter-Company Transfers ..................................................................143

ISP/EISP – Limitations on Contracting Out .......................................144

Job Title Review Committee ..............................................................145

Joint Committees ..............................................................................148

Joint Time for Participation In Joint Committees ................................................... 149

Manhole Letter ........................................................................................................ 150

Materials Management ............................................................................................ 151

Operator Services (AWT) ......................................................................................... 152

Operator Services Monitoring ................................................................................. 153

Outside Plant Copper Cable Splicing ..................................................................... 154

Overtime Administration ......................................................................................... 155

Limitations and Notice for Mandatory Overtime .................................................... 157

Procedure to Resolve Claims Regarding Hiring Wage Rates .................................. 159

Sales Prorate Commitment ...................................................................................... 161

Sales and Referral Incentive Programs ................................................................... 162

Service Monitoring .................................................................................................. 163

Service Quality Observing ....................................................................................... 164

Service Representatives/Consultants Downgrades, Transfers, Promotions .......... 166

Short Notice Excused Work Days ............................................................................ 167

Stress Relief Committee ........................................................................................... 169

Technological Change .............................................................................................. 170

Termination of Outside Contractors ....................................................................... 172

Top Secret Security Clearance ................................................................................. 173

Treatment of Grievances Settled or Arbitration Awards ......................................... 175

Union Business in FMLA and Overtime Build ........................................................ 178

Vacation Buy-Back ................................................................................................... 179

Vacation Scheduling Percentages ........................................................................... 181

Video Display Terminals .......................................................................................... 182

## **Agreement Continuation**

The following Common Issues MOU provisions with an expiration date of August 2, 2003 (unless otherwise noted) are hereby extended for the life of the new collective bargaining agreements, with no change in their terms and will be included in the applicable collective bargaining agreement(s):

- Outside Copper Cable Splicing
- Internal v. External Staffing Commitment
- IME Program
- Stress Letter of Understanding
- 1991 Memorandum of Understanding ("PA Information Age Agreement")
- BANI Customer Bid Work Letter
- Letter Agreement on Termination of Outside Contractors
- Letter Agreement on Service Quality Observing
- Letter Agreement on Service Monitoring
- FMLA – Absence for Union Business
- Provisions on Vacation Scheduling Percentage (Percentage is 18%)
- Short Notice Excused Work Days

Any Memorandum of Understanding provision that was in effect during the period of the 2000 collective bargaining agreements which has not been altered, changed, or removed, but which may have been inadvertently omitted from the above list, will speak for itself.

The status of MOU provisions with an expiration date of August 2, 2003 which have been modified by the parties during 2003 negotiations will speak for themselves.

All Local, District and International agreements that were valid and enforceable under the 2000 collective bargaining agreements, and which have not been separately renegotiated by the parties in 2003 negotiations, will continue in effect for the life of the new agreements.

The status of all Local, District and International agreements that have been renegotiated during 2003 negotiations will speak for themselves.

In the event a letter agreement has been inadvertently omitted, it will be treated in accord with the above provisions.

On the subject of oral agreements, there is no intention on the Companies' part to change the status of any oral agreement -- whatever contractual status any oral agreement had during the term of the 2000 contracts will remain unchanged unless a change is made subsequent to collective bargaining.

If there are particular oral agreements that the Union wishes to discuss or which become the subject of a dispute after the contract, the Union may bring them to the attention of Labor Relations.  If we are unable to resolve the situation, the dispute can be submitted to arbitration under the usual procedures.


Verizon Washington, DC Inc.                Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____        By _____
    Company Bargaining Chair              Union Bargaining Chair

**Advertising and Classifying Job Vacancies**

This will confirm our understanding of August 3, 2003, that effective January 1, 2001, all regular full-time, regular part-time, and temporary Associate Vacancy Requests (AVRs) submitted to the Associate Staffing Center will be advertised for ten (10) business days via STAR (or any future system which replaces or complements STAR). This replaces the 8/11/98 job advertising commitment in New Jersey.

The Company also reaffirms that the designations "internal" and "external" will not be placed on Associate Vacancy Requests (AVR). In addition, the Company reaffirms that the best-qualified candidate, whether internal or external, will be selected to fill a job vacancy.  With regard to internal candidates, seniority will continue to be considered in accordance with existing contractual provisions.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.


Verizon Washington, DC Inc.                Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
   Company Bargaining Chair                 Union Bargaining Chair

## **Assistant Technician**

This will confirm our understanding of August 3, 2003, regarding the job title of Assistant Technician.  The primary intent of this title is to perform work on the customer premises side of the point where the network (c.o. feeder) cable is terminated and in Company Assembly facilities.

The duties of an Assistant Technician will include the following:

1.  Performs work in connection with placement, rearrangement and removal of wire and cable, and associated equipment in or on customers' buildings and in Company Assembly facilities.  In connection with these duties:

    a.  Connects wire and cables to terminals and attaches various kinds of hardware to wires, cables or buildings.

    b.  Performs verification tests for basic line status (such as presence of dial tone).

    c.  Erects and removes framework.

    d.  Transports, uncrates and inventories equipment.

2.  Provides assistance to other job titles as they perform their required job tasks (such as manhole guard, flagman, rider for security).

This Letter of Understanding shall expire at 11:59 p.m. on August  2, 2008.

Verizon Washington, DC Inc.                Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____        By _____
      Company Bargaining Chair                    Union Bargaining Chair

### Available for Reassignment

This will confirm our understanding of August 3, 2003, regarding the placement of employees in anticipation of surplus.

Whenever employees are subject to reassignment by the Company to prevent the need to invoke the force adjustment procedures of the General Agreement, the Company will furnish the Union the Name, Social Security Number, Work Location and Net Credited Service Date of each affected employee.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                    Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
   Company Bargaining Chair              Union Bargaining Chair

119

## Letter of Understanding - "BANDI"

This confirms our understanding August 3, 2003 that a condition of the Federal Communications Commission's approval of the merger between Bell Atlantic and GTE is the creation of a separate data affiliate ("SDA") to provide certain data services. The parties understand that the SDA, Bell Atlantic Network Data, Inc. ("BANDI") will need to employ employees who are currently employed by some former Bell Atlantic Network Services Companies in bargaining units represented by the CWA ("Union"). The Network Services Companies and the Union hereby agree that bargaining unit employees of the Network Services Companies may be transferred, on a voluntary basis, to employment at BANDI, which shall be treated as a transfer between employers within the same bargaining unit. Simultaneous with such transfers, BANDI will recognize the Union as the exclusive bargaining representative of the transferred employees, and the collective bargaining agreement that governed employees' terms and conditions of employment immediately prior to the change in employer will be amended to add BANDI as a party to the agreement effective as of the date of the first employee's transfer. (If BANDI's corporate name is changed, the new name will be substituted for BANDI.)

BANDI employees will continue to be covered by any promotion, lateral or downgrade plans (as well as all other rights) available to employees of the former Network Services Companies and may continue to avail themselves of the use of these plans.

The parties further understand that as a result of regulatory requirements, BANDI will not be able to provide local concession telephone service to its employees. Instead, bargaining unit employees shall receive $35 per month to be included in payroll compensation that will be effective upon the first month that a bargaining unit employee becomes employed by BANDI. BANDI employees who retire during the life of the current agreement will receive a lump sum payment of $2,600, less applicable deductions.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.
Verizon Maryland Inc.
Verizon Virginia, Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.

By: _____     By: _____
    Company Bargaining Chair                  Union Bargaining Chair

## BANI CUSTOMER BID WORK

This confirms our understanding of August 3, 2003 regarding BANI Customer Bid Work.

1.     This Agreement applies to customer service contracts bid-on by BANI after October 5, 1998 (the "Work").

2.     For the part of the Work which is currently or has been historically performed by CWA bargaining unit employees, BANI shall designate the appropriate operating telephone company ("OTC") employing CWA bargaining unit members as its sole contractor and its bargaining unit employees shall perform the Work.

3.     As appropriate, BANI may obtain the assistance and participation of bargaining unit employees and the CWA and its leadership in connection with the process of bidding on customer work.

4.     Recognizing the exceptionally competitive market in which BANI operates, which demands the highest standards of quality, productivity and customer care, the parties agree that specific employees may be assigned to specific accounts.

5.     Recognizing the nature of the Work as described in paragraph 4 and the commitments of BANI to assign Work to CWA represented employees as described herein, the parties agree to cooperate with each other in the implementation of this Agreement in order to insure its success as integral to the success of BANI.  To that end, the parties agree that as a fundamental requirement the quality and productivity standards on which bids are based must be met.  Accordingly, the parties will creatively address such issues as work rules, work schedules, productivity, customer pricing sensitivity, and quality standards in order to create the conditions conducive to having customer focused high performance employees.

121

6.    Representatives of the Union (including the International Union) and the Company will meet periodically to review the progress of the above efforts and to resolve any difficulties that may have arisen.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

| | |
|---|---|
| Verizon Washington, DC Inc. | Communications Workers of America |
| Verizon Maryland Inc. | |
| Verizon Virginia Inc. | |
| Verizon West Virginia Inc. | |
| Verizon Services Corp. | |
| Verizon Advanced Data Inc. | |
| Verizon Avenue Corp. | |
| Verizon South Inc. (Virginia) | |
| Verizon Corporate Services Corp. | |

By: _____    By: _____
    Company Bargaining Chair        Union Bargaining Chair

## **Bi-Lingual Differential (All Titles)**

Differential for Use of Bi-lingual Skills

This will confirm our understanding of August 3, 2003 that an employee will be paid an hourly differential in the amount of 3.5% of the employee's basic hourly wage rate for all scheduled or nonscheduled hours or partial hours (including overtime) during which the employee is assigned to provide bi-lingual services to customers or to provide translation services for the Company. Only employees who qualify as proficient on the appropriate test for the language being used will be eligible to be assigned such work, and to receive this differential. Employees who were assigned such duties during the term of the 1998 contracts, but who have not qualified as proficient on the appropriate test, will be grand-fathered until September 1, 2003, to become test-qualified, during which time they may continue to be assigned such duties.

The bi-lingual differential will enter into computations of overtime pay in accordance with applicable law on overtime on differentials.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

| | |
|---|---|
| Verizon Washington, DC Inc. | Communications Workers of America |
| Verizon Maryland Inc. | |
| Verizon Virginia Inc. | |
| Verizon West Virginia Inc. | |
| Verizon Services Corp. | |
| Verizon Advanced Data Inc. | |
| Verizon Avenue Corp. | |
| Verizon South Inc. (Virginia) | |
| Verizon Corporate Services Corp. | |

By _____        By _____
    Company Bargaining Chair                      Union Bargaining Chair

## **Christmas for Category IV Employees**

This will confirm our understanding of August 3, 2003, regarding the last workday before Christmas for Category IV employees.

During the term of the 2003 General Agreement, should the Company elect to allow the early release of nonessential employees on the last workday before Christmas, any Category IV employee who is scheduled to work a full tour on that day shall receive the equivalent time off not to exceed a half tour during such time as service and force conditions permit; provided, however, such excused time with pay must be scheduled and taken no later than March 31 of the following calendar year.

This Letter of Understanding shall expire at 11:59 p.m. on August  2, 2008.

Verizon Washington, DC Inc.                    Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
    Company Bargaining Chair                 Union Bargaining Chair

## **Closed Time**

This will confirm our agreement on August 3, 2003 with respect to providing off-line time to Consultants in all lines of business.  This agreement will be effective March 1, 2001, and remain in effect for the life of the 2003 collective bargaining agreement.

Effective March 1, 2001, on Tuesdays through Saturdays, excluding the first business day after a holiday, the Company will provide 15 minutes of closed time per day per scheduled Consultant.  Effective July 1, 2001, on Tuesdays through Saturdays, excluding the first business day after a holiday, the Company will provide an additional 15 minutes of closed time per day per scheduled Consultant.  Closed time does not constitute a break, but rather is provided to the Consultant for purposes of performing productive work dealing with customer related issues.  It does not, however, include training time.  If an emergency condition as defined in the applicable collective bargaining agreement exists on any given day, the supervisor shall notify the Union steward that closed time is not available that day.

Any question arising in connection with this letter is specifically excluded from the arbitration provisions of the collective bargaining agreement.

Verizon Washington, DC Inc.                Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____        By _____
   Company Bargaining Chair                   Union Bargaining Chair

## Consultant Agreement

This will confirm our understanding of August 3, 2003, regarding Consultants. Except as modified by this Letter of Understanding, all collective bargaining agreement provisions applicable to Service Representatives will continue to apply to Consultants. The Companies may describe the Consultant title as appropriate to designate the specialized functions of various Consultant jobs (e.g., Consumer Consultant, Credit Consultant, Small Business Consultant).

The duties of the various specialized Consultant jobs may include any or all of the duties previously assigned to Service Representatives, Collectors and/or Collection Representatives.   Achievement of sales results will be a job requirement for the Consultant jobs which specialize in sales, provided that sales results will not be the sole basis for discipline.  In determining whether a Consultant's sales results are satisfactory, the reasons for failing to meet sales objectives (such as local economic downturns, product or service failures, etc.) always will be taken into consideration.   The introduction of new equipment, new technology and/or support systems to be used by Consultants in the workplace (such as software, personal computers and/or SaleService Negotiation System (SSNS)) does not constitute a restructuring of the Consultant job or the creation of a new job from existing Consultant job duties.

Subject to any applicable collective bargaining agreement provisions, Consultants will receive such training as the Companies determine from time to time to be appropriate.  Not all Consultants will necessarily receive the same type or degree of training; for example, a Consultant may receive specific collection-related training or only sales-and-service training.

The work performed by Consultants may be transferred between and among the Companies as the Companies deem appropriate, provided that no such transfer will directly result in the layoff, downgrade or part-timing of any Consultant.


Verizon Washington, DC Inc.          Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
    Company Bargaining Chair                     Union Bargaining Chair


126

## **Contract Labor**

This is to confirm our understanding of August 3, 2003, that in making decisions regarding contracting out of work, it is management's objective to consider carefully the interests of customers and the concern of employees as to its effect on them along with all other considerations essential to the management of the business.

Except when it has no other reasonable alternative, the Company will not contract out work if it would otherwise be performed by regular employees within job titles, work groups and localities where a layoff or part timing of such employees would be the direct result of such contracting out, where a layoff of such employees is pending, or where a layoff has already occurred and such laid off former regular employees retain recall rights and are available and qualified in the judgment of the Company to perform such work.  If the Company determines that it has no reasonable alternative, it shall discuss its decision with the Union.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.               Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.

By _____          By _____
   Company Bargaining Chair                 Union Bargaining Chair

127

<u>Contracting Initiatives</u>

Mr. Doug Thompson
Administrative Assistant to Vice President
CWA, District 2, AFL-CIO
962 Wayne Avenue
Silver Spring, MD  20910

Dear Mr. Thompson:

This will confirm our August 6, 2000 agreement regarding contracting initiatives.

The Company agrees, subject to certain conditions described below, that through 12-31-02, it will not contract out work of a type that it has not contracted out during the three years preceding the effective date of the agreement.  This restriction shall not preclude contracting out work to deal with emergency situations including severe weather conditions.

The parties further agree to create a Contracting Initiatives Committee, which will be co-chaired by the CWA District Vice President and a company Senior Operations Manager (or their designee).  The CEO of the Verizon and the President of CWA shall be ex-officio members of the Committee.  Each party may appoint up to two additional members.

The purpose of this Committee is to find ways by which the levels of contracting can be reduced within the Verizon (Mid-Atlantic) Operating companies.  The objective is for company employees to do more work in a more productive and efficient manner than that performed by contractors.  The company will provide all necessary resources needed by the Committee to carry out its purpose.

In addition, the Company will notify the Union at least six months in advance of planned new, major, contracting initiatives that are to be implemented on or after January 1, 2003, and which affect employees represented by the Union.  The Contracting Initiatives Committee will then have the opportunity to discuss such new major initiatives.  It is understood, however, that after the end of the six month period, the Company is free to implement planned, new, major initiatives that do not otherwise violate the collective bargaining agreement.

Very Truly Yours,

AGREED:

(s) _____
Bargaining Agent
Communications Workers of America

## <u>Copy Of Disciplinary Record</u>

This is to confirm our understanding of August 3, 2003, that an employee may obtain a copy of any disciplinary record placed in his personnel file by making a request within ten (10) days of the announcement of discipline.  A copy shall be provided within thirty (30) days of the announcement of discipline.  An alleged failure to provide a copy of such a record may be grieved to obtain the record or to verify that no record has been placed in the personnel file.  An alleged failure to provide a discipline record may not be the basis for challenging the validity of any disciplinary action.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                    Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____           By _____
    Company Bargaining Chair                  Union Bargaining Chair

## Direct Billing For Relocation Expenses

This will confirm our understanding of August 3, 2003, regarding direct billing for certain moving expenses incurred under Article 23, Section 4(b). Within 30 days of the execution of this Agreement, the Company will provide the Union with a list of movers that have contracts with the Company providing for direct billing of moving costs, hereafter referred to as "Approved Movers." This list of Approved Movers may be modified by the Company at any time.

If an employee is being moved to a new location pursuant to Article 23, Section 3(a), he may obtain an estimate of his moving costs from an Approved Mover. The Company will agree to be billed directly by the Approved Mover under the following conditions:

1.  The estimate, combined with any other relocation expenses already reimbursed (including gross-up), does not exceed $5,000.

2.  Prior to the Company's receipt of the Approved Mover's actual billing invoice, the Company will only reimburse other relocation expenses (including gross-up) equal to the difference between the Approved Mover's estimate and $5,000.

3.  After the Company receives the Approved Mover's actual billing invoice, it will pay the mover directly for the actual billing expense. The employee will be responsible for obtaining reimbursement of all other relocation expenses by voucher up to the $6,000 limit.

4.  If the Company's payment to the Approved Mover together with its reimbursement of other relocation expenses exceeds the $6,000 relocation allowance, the employee shall reimburse the Company for this excess within three (3) months from the date the employee is notified that the moving allowance was exceeded.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                  Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____        By _____
    Company Bargaining Chair                          Union Bargaining Chair

## DSL Demand Sales

This will confirm our agreement of August 3, 2003, as follows:

1. The Company's Residence Sales and Service Organization (Consumer) will, by the end of the current contract, train its Consultants to handle customer incoming calls for Verizon-On-Line DSL requests in D.C., DE, MD, NJ, PA, VA, WV ("Mid-Atlantic Region"). At least  50 Consultants in PA/DE,  50 Consultants/CSRs in NJ, and 100 Consultants in the combined D.C., MD, VA, and WV will be trained before June 1, 2001.

2. The Company's General Business Sales Organization (GBS) will, before June 1, 2001, train a total of at least 10 bargaining unit Consultants in the Mid-Atlantic Region to handle customer incoming calls for Verizon-On-Line DSL requests.

3. GBS and Consumer Consultants will become the primary channel for incoming sales demand calls to business offices in the Mid-Atlantic Region requesting Verizon-On-Line DSL service for the types of customers handled by GBS and Consumer, except that complex Verizon-On-Line DSL calls will continue to be handled by the Company's High Speed Solution Center until the Company is satisfied that the technology is in place in business offices for GBS and Consumer Consultants to handle such complex calls, and until they are trained to do so. The Company expects this technology to be developed and such training to be completed by June 1, 2001, and will use its best efforts to meet this target.

4. Further, nothing herein shall limit the Company from assigning non-demand DSL sales work of any kind to any sales channel such as, for example, telemarketers or Internet based ordering.

5. Except for the specific commitments set forth above, nothing in this letter of agreement shall be construed to affect any existing rights or obligations under the collective bargaining agreement.

Verizon Washington, DC Inc.      Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____     By _____
   Company Bargaining Chair        Union Bargaining Chair

## **Equivalent Jobs**

This will confirm our understanding of August 3, 2003, that in the application of Article 23, Section 1(e) dealing with "equivalent jobs," for the duration of the 2003 General Agreement the Company will not reclassify entire work groups consisting of Category III employees to Categories B or IV, or reclassify entire work groups consisting of Category B or IV employees to Category III for the purpose of adjusting force to meet changing work volumes which are unrelated to technological change.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____                By _____
   Company Bargaining Chair                       Union Bargaining Chair

## Evaluative Observations

This letter will confirm our agreement of August 3, 2003 to modify evaluative observation practices for certain Consultants in all lines of business for the life of the 2003 collective bargaining agreement, and to conduct a trial moratorium on evaluative observations for certain Consultants.

Effective January 1, 2001, the modifications to evaluative observation practices for Consultants in all lines of business are as follows:

1) Consultants will receive advance notification of evaluative observations except for Consultants who received an overall rating of "Needs Improvement", "Does Not Meet Requirements", or "Not Rated" on their most recent annual evaluation under the Associate Appraisal Plan in performance only.

2) The Company will utilize results from diagnostic observations and other criteria such as CCI results to measure the performance of each office and compare the office's performance and results during the trial with those before the trial.  This will occur during the first six months of the trial.  Before a decision is made on whether or not to continue the trials, the results will be discussed with the Union. After the notification requirement contained in paragraph one (1) above has been in use for a six (6) month period, the Company and the Union will determine whether to continue it for an additional period of time.

3) The Company will endeavor to  provide face-to-face feedback on observations by the close of the day on which the observation was taken but in no event later than  the close of the next business day on which both the Consultant and the Team Leader who conducted the observation are on the job and are working at a common work location for their full tours.

4) Evaluative observing will take place only during the first 7 paid hours of a scheduled work day for employees with a 35 hour basic work week, or during the first 7.5 paid hours of a scheduled work day for employees with a 37.5 hour basic work week. If the Company determines that a Consultant's performance is substantially different during periods of diagnostic evaluation, as compared to periods of evaluative observation, evaluative observations may be conducted on that Consultant beyond the first 7 hours or 7.5 hours, whichever applies.

5) On an annual basis, evaluative observations will be limited in frequency as follows:

• 20 observations for Consultants who received an overall rating of "Exceeds Requirements" on their most recent annual evaluation  under the Associate Appraisal Plan;

• 30 observations for Consultants who received an overall rating of "Meets All" on their most recent annual evaluation under the Associate Appraisal Plan; and

- 40 observations for Consultants who received an overall rating of "Needs Improvement", "Does Not Meet", or "Not Rated" on their most recent annual evaluation under the Associate Appraisal Plan.

6) It is expressly understood that these modifications do not apply to diagnostic evaluations, which are not appraisal-impacting.

The Company further agrees to conduct a trial moratorium on evaluative observations in one Consumer organization RSSC in each CWA Local for a three (3) month period during the term of the new contract. Consultants will be eligible to participate in this trial if they are rated "Exceeds Requirements" or "Meets All Requirements" on their most recent evaluation under the Associate Appraisal Plan. If the Company determines that overall office performance as it relates to sales, customer satisfaction or customer quality declines as a result of this trial, the Company and the Union will meet to review the information and to make a determination to continue the contact freedom trial.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                    Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
    Company Bargaining Chair              Union Bargaining Chair

## Flex-Time

The Union and the Company recognize that in certain work groups Flex-Time scheduling could be implemented without detriment to good customer service. Accordingly, in work groups where the Company and the Union agree, Flex-Time scheduling will be utilized.

Under Flex-Time scheduling, the Company will decide the following:

**Core Hours** - Those hours during which all employees must work during a normal daily tour.  Employees are late if they have not arrived by the beginning of the core hours.

**Flex Hours** - Those hours at the beginning and end of the tour during which employees may vary their start and stop hours for their daily tour.

Core and Flex Hours may be changed by the Company with 48 hours notice.

**Minimum Staffing** - The minimum number of employees who must be present for telephone coverage, system requirements, etc., during certain hours.

All employees subject to Flex-Time scheduling will work a full normal daily tour. Should the hours selected by employees otherwise entitle them to a differential payment under Article 19, no such payment will be made.  The requirements of Article 25 shall be deemed inapplicable to Flex-Time employees because they may vary their start and stop times for their daily tour.

If the Company establishes different core hours within a work group, the core hours shall be selected by seniority within the work group.

Either party may terminate Flex-Time scheduling in specific groups with sixty (60) days notice to the other party, when in its judgment, such scheduling is not workable.

Verizon Washington, DC Inc.              Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____        By _____
　　Company Bargaining Chair              Union Bargaining Chair

### Four Day Work Week Trial

This confirms our understanding of August 3, 2003 that for six (6) months following the ratification of this Agreement, Four-Day Work Week Trials will be implemented in Company jurisdictions under the following terms:

The Company and the Union mutually recognize that, in certain administrative groups, it may be beneficial to the employees and in the best interests of the business to establish four-day work week trials as a normal week. In such cases, the total number of hours presently constituting a five-day normal work week will be scheduled over four days of the calendar week. Four-day work weeks will be scheduled on four consecutive days.

Individual tours scheduled during a four day normal work week may or may not be of equal length, but will not be shorter than 7.5 hours or longer than 10 hours. When a four-day schedule is in effect, the duration of tours specified in the Local Agreements will be considered to be expanded accordingly.

The Company, with the Union's input, may institute four-day trials in administrative groups. The Company or the Union may discontinue four-day trials upon fourteen (14) Days notice to the other party.

In administering four-day trials, the Company will offer four-day work weeks to employees on a voluntary basis in seniority order. If there are insufficient volunteers, four-day work week trials will not be instituted. Night differential payments shall be paid pursuant to the applicable differential provision in the local collective bargaining agreements.

When a four-day schedule is in effect as a normal work week overtime payments shall apply to time worked in excess of the new normal daily tour.

Pay allowances for absent time (including sickness absence) occurring during four-day trials will be subject to the conditions specified in this Agreement. When pay treatment is calculated on a daily (as opposed to hourly or weekly) basis, a scheduled day of a four-day trial and a scheduled day of a five-day normal work week will each count as one full day, except with respect to vacations and employee designated excused work day calculations.

Vacation and employee designated excused work days will be assessed in proportion to the ratio between the hours actually scheduled on the tour in question and the hours scheduled on each tour of a five day normal work week for the employee's administrative group. For example, if a 37.5-hour employee scheduled to work three 10-hour days and one 7.5 hour day takes a vacation day on a 10 hour day, all 10 hours (or 1.33 vacation days) will be charged. If that same employee takes a vacation day on the 7.5-hour day, 7.5 hours (or one vacation day) will be charged.

For calendar weeks containing holidays recognized under the Agreement (including floating holidays) or Company designated excused work days, the Company will revert to a five-day schedule.

Subject to the above, four-day trials will be administered in accordance with the applicable provisions of the Local Agreements. The parties may meet locally and discuss other administrative issues raised with respect to the four-day work week. These provisions will become effective upon ratification.

Unless renewed or amended by mutual agreement, these four day work week trials will terminate six (6) months following ratification of this Agreement .

Verizon Washington, DC Inc.          Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____      By _____
    Company Bargaining Chair              Union Bargaining Chair

## **Force Adjustment Negotiations**

A Company Labor Relations Director or his designee, and a management representative of the affected work group, shall participate in the negotiations described at Article 35, Section 3.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.              Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____              By _____
   Company Bargaining Chair                   Union Bargaining Chair

138

## **Grievance Trial**

This is to confirm our understanding of August 3, 2003, that the parties agree to establish a trial procedure to address concerns regarding the grievance procedure for employees in Categories I, II, III, A and B.

The Union may elect to present single issue grievances regarding local policies created by Managers or Directors, and grievances involving suspensions, excluding suspensions that involve the Regional Attendance Plan (RAP), directly to the Manager of the aggrieved employee(s) at the first step. Managers must hear the grievance at the first step or delegate the appropriate Manager of Labor Relations to hear the grievance. If the grievance is appealed to the second step it will be heard by the aggrieved employee's Director or that Director may delegate the Director of Labor Relations to hear the grievance.

The parties will meet quarterly to evaluate the effectiveness of this trial. They may jointly agree to discontinue the trial or add to its scope.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc.(Virginia)
Verizon Corporate Services Corp.


By _____          By _____
   Company Bargaining Chair                    Union Bargaining Chair

## Home Garaging Trial

This confirms our understanding of August 3, 2003 that the Home Garaging Trial will be continued in administrative work units whereby employees will be assigned a motor vehicle for use in their work, for traveling between their work locations and area of residence or other designated places where the vehicle is stored. The  Home Garaging Trial will be implemented only within administrative work units where some or  all of the employees normally use a Company-provided motor vehicle in order to perform their work. The decision to implement a trial of this program will be within management's discretion.  However, only volunteers will be utilized.

When Home Garaging is introduced within an administrative work unit, all employees  within that unit who normally use a Company-provided motor vehicle in the performance of their  work assignment will be eligible to participate.

Since participation is voluntary if an employee elects not to participate, management will  determine where the motor vehicle assigned to that employee is to be stored and that location  will become the employee's work reporting location, but not for purposes of locality wage zones,  special city allowances or union local affiliation. All employees, including those who do not   participate in home garaging trials in administrative work units, will report to a company  designated work center (as described above) at least once a week.

Employees who participate in the program will be expected to provide normally secure and legal storage for the vehicle at their places of residence.  If the vehicle cannot be properly  stored at an employee's place of residence, the Company may arrange for appropriate storage at  its expense.

Operating and maintenance costs will be at the Company's expense. The Company will  make arrangements for maintenance of the vehicle; however, it will be the responsibility of the  employee to whom the vehicle is assigned to assure that the vehicle is properly maintained.

For employees who participate in the Home Garaging Trial, a work reporting area will be   established on a local basis before implementation. The work reporting area normally will be a  circular geographic area. In large congested metropolitan locations or where natural barriers  render a circular work reporting area impractical, other mutually suitable parameters will be  established.

Each participating employee will be expected to begin and end the work tour at any  assigned location within the established work reporting area.

Employees who are assigned to a job location at the beginning or end of a work tour  which is outside an established work reporting area will be paid for necessary travel time to or  from their homes at the beginning or end of their tours.

As specified above, at least one (1) tour per week will begin at a Company designated work center.  If requested by the Local Union representative or steward, on a voluntary basis,  participants will be permitted sixty (60) Company paid minutes of union meeting time each  month on those days when the participant reports to work at the Company designated work  center.

Unless renewed or amended by mutual agreement, this trial will be terminated six (6) months following ratification of this agreement.

Verizon Washington, DC Inc.                  Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
      Company Bargaining Chair                  Union Bargaining Chair

## <u>Inter-area Recall Of Laid Off Employees</u>

This is to confirm our understanding of August 3, 2003, concerning employees who are laid off by the Company.  Nothing herein shall be construed as a circumvention of the recall rights provided former employees in Article 35, Section 8 of the General Agreement which shall take priority over the provisions hereof.

The Company agrees to poll former employees who are laid off to determine their interest in being considered for reemployment in their former job title in specific localities outside the Area in which they were laid off.  Once such interest is expressed, offers of available jobs, as determined by the Company, will be made only in the localities of interest, subject to the Company's determination that the laid off former employees are qualified and able to perform the available work.

Any former employee offered reemployment pursuant to this letter of understanding must accept and be available for reemployment within fourteen (14) calendar days after the offer is mailed.

Should a laid off former employee reject the offer of reemployment outside the Area of his layoff, his recall rights within the Area of the layoff will not be affected. However, the Company will have complied with the provisions of this letter by offering one opportunity, for reemployment outside the Area of layoff.

This Letter of Understanding shall expire at 11:59 p.m. on August  2, 2008.

Verizon Washington, DC Inc.                  Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
    Company Bargaining Chair              Union Bargaining Chair

## <u>Inter-Company Transfers</u>

This confirms our understanding of August 3, 2003 that commencing January 1, 2001, the Company will implement a process which will allow employees to request lateral transfers or downgrades between positions in NY/NE Companies and Mid-Atlantic Companies.

For the purposes of this agreement NY/NE Companies will include:

> Verizon New England Inc,
> Verizon New York Inc.
> Empire City Subway Company (Limited) Telesector Resources Group, Inc.

For the purposes of this agreement Mid-Atlantic Companies will include:

> Verizon Pennsylvania Inc.
> Verizon New Jersey Inc.
> Verizon Delaware Inc.
> Verizon Maryland Inc.
> Verizon Virginia Inc.
> Verizon Washington, DC Inc.
> Verizon West Virginia Inc.
> Verizon Services Corp.
> Verizon Advanced Data Inc.

This agreement does not apply to requests for upgrades.  This agreement does not apply to employee requests for lateral transfers or downgrades within these companies, among the NY/NE Companies, among the Mid-Atlantic Companies, or to any other employee movements covered by other provisions of the collective bargaining agreements, if any.  This agreement will not affect existing staffing procedures in any of the NY/NE or Mid-Atlantic Companies.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                  Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.

By _____          By _____
    Company Bargaining Chair                    Union Bargaining Chair

<u>ISP/EISP – Limitations on Contracting Out</u>

August 3, 2003

Mr. Doug Thompson
Administrative Assistant to Vice President
CWA District 2, AFL-CIO
962 Wayne Avenue
Silver Spring, MD  20910

Dear Mr. Thompson:

This letter will confirm that for the life of the collective bargaining agreements specified below, for the employees specified below, work performed exclusively by employees in a particular job title or titles at a work location will not be contracted in the geographic area covered by that location for 6 months after any employee(s) in that job title (or titles) and work location have accepted an ISP/EISP offer.  During that 6 month period, if a need arises for personnel to perform such work, the work will be performed by existing employees or an employee(s) added to the group.  Thereafter, the Company's rights to contract work shall be whatever they were before the ISP/EISP offer in question was accepted.

The terms of this letter apply to the following employees:

- DC, MD, VA, WV, VSC, VADI: "Category 1 Employees" under Article 40, Section 8.

Nothing in this letter is intended to enlarge the Company's rights to contract work.

Very Truly Yours,

AGREED:

(s) _____
Bargaining Agent
Communications Workers of America

144

## <u>Job Title Review Committee</u>

This confirms our understanding of August 3, 2003 that within three (3) months after ratification of this Memorandum of Understanding, a joint Union-Company Job Title Review Committee will be established.  The objectives of this committee will be (1) to identify job classifications which perform substantially the same or very similar duties, but which carry different designations, and (2) to attempt to reach agreement on a single designation for each such job title to be recommended to the Company and Union bargaining committee(s) for the affected bargaining  unit(s). A non-exclusive list of examples of titles which may qualify for this consideration appears on "Attachment A".

The Committee will be composed of five (5) representatives from the Company and its affiliates and a total of five (5) from the Unions. There will be one (1) representative from each of the three affected CWA Districts; to the extent that job titles represented by a Local of the IBEW are involved, the parties agree to invite one  (1) representative from each such Local to discuss the re-designation of those titles. The Committee will meet a total of at least five (5) times during the years 2000 and 2001 combined.

Any recommendation  to use a common designation  will  not change or otherwise affect the job content or wage rate of any of the involved titles.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                    Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
   Company Bargaining Chair                       Union Bargaining Chair

## JOB TITLE REVIEW – ATTACHMENT A

| TITLE | DC | MD | VA | WV | DE | PA | NJ |
|---|---|---|---|---|---|---|---|
| Assignment Technician | | | | | | X | |
| Exchange Layout Assigner | | | | | | | X |
| | | | | | | | |
| Apprentice Technician | | | | | | | X |
| Assistant Technician | X | X | X | X | | X | |
| | | | | | | | |
| Cable Splicing Technician | X | X | X | X | | | |
| Facilities Technician | | | | | | | X |
| Splicing Technician | | | | | X | X | |
| | | | | | | | |
| Central Office Technician | X | X | X | X | | | |
| Network Technician | | | | | | | X |
| Switching Equipment Technician | | | | | X | X | |
| | | | | | | | |
| Coin Box Collector | | | | | | | X |
| Coin Telephone Collector | X | X | X | X | X | X | |
| | | | | | | | |
| Maintenance Administrator | X | X | X | X | X | X | |
| Repair Service Clerk | | | | | | | X |
| | | | | | | | |
| RCMAC Clerk | X | X | X | X | | | X |
| Translations Administrator | | | | | X | X | |
| | | | | | | | |
| Telephone Canvasser – Business | | | | | X | X | |
| Telemarketing Representative | X | X | X | X | | | X |
| | | | | | | | |
| Systems Technician – Operations | | | | | | | X |
| Systems Technician – All Others | X | X | X | X | X | X | |
| | | | | | | | |
| | | | | | | | |
| Communications Representative | X | X | X | X | | | |
| Customer Sales Representative | | | | | | | X |
| | | | | | | | |
| Automotive Equipment Technician | X | X | X | X | X | | |
| Automotive Mechanic | | | | | | X | |
| | | | | | | | |
| Senior Clerk | | | | | X | X | |
| General Field Clerk | | | | | X | X | |
| General Clerk | X | X | X | X | | | |

| Service Analyst | | | | | | | X |
| TITLE | DC | MD | VA | WV | DE | PA | NJ |
| | | | | | | | |
| Senior Field Clerk | | | | | X | X | |
| Staff Clerk | | | | | X | X | X |
| Senior Service Analyst | | | | | | | X |
| Special Clerk | X | X | X | X | | | |

147

## Joint Committees

This will confirm our understanding of August 3, 2003, regarding Joint Committees.

"In light of the large increase in the number of grievances which have been appealed to arbitration in recent years, the parties are hereby committed to finding better ways for resolving disputes. Accordingly, and in addition to other measures agreed upon in the parties' 1998 Common Issues Memorandum of Understanding, a joint committee comprised of two union and two management representatives will be formed in each union District to propose ways to reduce the number of cases coming to arbitration and to resolve cases more quickly with a view toward reducing the overall number of pending cases. In addition to exploring the applicable arbitration and mediation provisions for possible improvements, it is the intent of the parties to examine arbitration processing alternatives with the objective of achieving speedier resolutions. These committees will present their recommendations to the Vice President Labor Relations - South and to the applicable CWA District Vice President by November 1, 1998 for possible implementation in 1999. Further, it is the parties' intent to maintain an open and ongoing dialogue through the Bargaining Agents relative to progress in this critical area, with the express intent of reducing the overall volume of cases as well as hearing cases more expeditiously.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008."

Verizon Washington, DC Inc.              Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
    Company Bargaining Chair                 Union Bargaining Chair

148

## **Joint Time For Participation In Joint Committees**

This will confirm our understanding of August 3, 2003 that for the life of the new agreement, the Company will pay for joint time spent in the following committees, all of which are also continued for the life of the agreement:

- Advisory Committee on Health Care

- Advisory Committee on Family Care

- National Health Reform Committee

- Safety Executive Council

- Training Advisory Board Executive Council

- Joint Title Review Committee

- Stress Relief Committee (Commercial)

- Operator Services Monitoring

This list is intended to include all regional joint committees for which joint time is paid; if any were inadvertently omitted, they are eligible for the same treatment.

Verizon Washington, DC Inc.                Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____            By _____
    Company Bargaining Chair                  Union Bargaining Chair

149

## Manhole Letter

This will confirm our understanding of August 3, 2003, regarding work assignments in certain manholes in the West Virginia Area only.

Any employee who is assigned to perform construction splicing in a manhole who expresses a concern for the safe performance of the job based on the condition or location of the manhole or the nature of the work to be performed therein may request that a second person be assigned to work in the immediate vicinity and such requests will be granted. The Company will determine the functions to be performed by the second person. The parties agree that such requests will not be made or granted in cases where no special safety concerns are expressed and the basis of the request is merely a preference for a companion at the site.

The Company agrees to continue this practice for the duration of this Agreement based on the limited manhole activity in the West Virginia area. However, it may be canceled with 30 days notice by either the Company or the Union.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
   Company Bargaining Chair                    Union Bargaining Chair

150

## Materials Management

This will confirm our understanding of  August 3, 2003, regarding the establishment of three driving titles within the Materials Management Organization.

Title      GVW of Vehicle Normally Driven

| Title | GVW of Vehicle Normally Driven |
|---|---|
| Driver - Light Truck | Under 10,001 lb. |
| Driver - Medium Truck | 10,001 - 26,000 lb. |
| Driver - Heavy Truck | Over 26,000 lb. (straight truck) |

Employees in the titles Driver-Medium Truck and Driver-Heavy Truck also may be assigned to operate vehicles of lesser weight.

Employees in any of these titles will:

a.   perform work associated with the loading, unloading, pick-up, transport and delivery of correspondence, mail, material, tools, supplies, etc.;

b.   use various types of material handling equipment such as two-wheel hand carts, dollies, pallet jacks, etc.

c.   prepare associated documents and check same for accuracy; and

d.   follow established safety practices and procedures.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.

By _____          By _____
     Company Bargaining Chair                     Union Bargaining Chair

151

### **Operator Services (AWT)**

This will confirm our understanding of August 3, 2003, that individual operator performance for appraisal purposes will be based on the Operator's performance in achieving the appropriate level and balance of customer satisfaction, revenue generation (where appropriate), cost performance and dependability.

The Company agrees that it will not discipline any experienced Operator solely on the basis of that Operator's average work time (AWT) per call performance.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                 Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____        By _____
   Company Bargaining Chair              Union Bargaining Chair

152

### Operator Services Monitoring

This will confirm our understanding of August 3, 2003, that effective January 1, 2001, Operator Services will implement paragraphs (3) and (4), (6) and the unnumbered paragraph following paragraph (6) of the Commercial Evaluative Observations provisions of this Agreement, changing "Consultant" to "Operator" and "one Consumer organization RSSC in each CWA Local" to "one Operator Services office in NJ and one Operator Services office in DC, MD, VA or WV."

The parties agree to create a joint Mid-Atlantic Company-Union Operator Services Monitoring Committee, comprised of three representatives of the Companies, and three  representatives of the Union (one from NJ, one from DE, and one from DC, MD, VA, WV).

The purpose of this Committee is to determine how to revise Paragraphs (1), (2) and (5) of the Commercial Evaluative Observations provisions of this Agreement  to apply in the Operator Services work environment and work operations.  The Committee will take into account the substantial differences between RSSCs and GBS business offices on the one hand, and Operator Services offices, on the other, including but not limited to, the competitive pressures affecting Operator Services, the significantly shorter contact time in Operator Services, and the lack of methods other than monitoring to measure individual or office service results.

The committee will meet at mutually agreeable times, commencing no later than 60 days after ratification of the collective bargaining agreements. A mutually agreed Monitoring Policy will be developed and implemented no later than March 1, 2001.

This Letter of Understanding shall expire at 11:59 p.m. on August 2, 2008.

Verizon Washington, DC Inc.                    Communications Workers of America
Verizon Maryland Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Services Corp.
Verizon Advanced Data Inc.
Verizon Avenue Corp.
Verizon South Inc. (Virginia)
Verizon Corporate Services Corp.


By _____          By _____
      Company Bargaining Chair                  Union Bargaining Chair