# MILITARY ABSENCE
# AGREEMENT


between


COMMUNICATIONS WORKERS OF AMERICA


and


THE CHESAPEAKE AND POTOMAC
TELEHONE COMPANY


THE CHESAPEAKE AND POTOMAC
TELEHONE COMPANY OF MARYLAND


THE CHESAPEAKE AND POTOMAC
TELEHONE COMPANY OF VIRGINIA


THE CHESAPEAKE AND POTOMAC
TELEHONE COMPANY OF WEST VIRGINIA


August 7, 1983

TABLE OF CONTENTS

Article                                                                      Page

1.    Military Leaves of Absence.................................................................... 2

2.    Personal Leaves of Absence and Excused Time .................................... 5

3.    Grievances ............................................................................................. 8

4.    Definitions ............................................................................................. 8

5.    Federal or State Laws............................................................................ 9

6.    Cancellation and Duration .................................................................... 9

# MILITARY ABSENCE AGREEMENT

THIS AGREEMENT made this 7th day of August 1983 by and between The Chesapeake and Potomac Telephone Company, The Chesapeake and Potomac Telephone Company of Maryland, The Chesapeake and Potomac Telephone Company of Virginia, The Chesapeake and Potomac Telephone Company of West Virginia (hereinafter referred to collectively as the "Companies," or individually as the "Company," which shall mean the employing Company) and Communications Workers of America, hereinafter referred to as the "Union."*

WHEREAS, the parties have engaged in collective bargaining, with respect to employees in the bargaining unit, which has resulted in this Agreement resolving all issues between them:

NOW, THEREFORE, in consideration of the covenants and the terms and conditions herein contained, the parties mutually agree as follows:

*All references to The Chesapeake and Potomac Telephone Companies shall mean the employing Companies, of  Verizon Washington, DC Inc., Verizon Maryland Inc., Verizon Virginia Inc, Verizon West Virginia Inc., Verizon Advanced Data Inc., Verizon Services Corp. and Verizon South Inc. (Virginia), for its employees who work in the geographical territory of Verizon South Inc. in Virginia.

1

## Article 1. - Military Leaves of Absence

**SECTION 1.**  Upon application by the individual employees involved, military leaves of absence will be granted to employees leaving positions other than "temporary positions," as specified in the Viet Nam Era Veterans' Readjustment Assistance Act of 1974, as amended, to enter the "armed forces" who:

(a)     are inducted pursuant to legislation providing for the involuntary induction of persons into the "armed forces"; or

(b)     enlist for a period of "active duty" not exceeding four years (except that such period may be extended so that the total of all service does not exceed five years, provided that all service in excess of four years is at the request and for the convenience of the Federal Government); or

(c)     are members of the "reserve components of the armed forces" and are ordered or called into "active duty";

provided that such employees are not ineligible for reemployment rights under the Viet Nam Era Veterans' Readjustment Assistance Act of 1974, as amended by reason of past "military duty."

**SECTION 2.**  Any leave of absence granted pursuant to this Article shall be effective until the employee is reemployed in accordance with the provisions of this Article or until the employee's right to reemployment under the law expires, whichever occurs first.

**SECTION 3.**  The following provisions shall apply to employees granted military leaves of absence under this Article:

(a)     *Vacation Treatment*.  Employees who have not received vacations to which they are entitled at the time their leaves of absence begin shall receive a lump sum payment in lieu of the vacation of any unused portion thereof.

(b)     *Pay Treatment During Absence*.  Employees who are granted military leaves of absence pursuant to this Article shall, when their Company pay is greater than their Government pay, receive from the Company the difference between their Company pay and Government pay for the following periods, as applicable:

(1)     An employee with one year or less of net credited service when his military leave of absence becomes effective - the first two weeks of "military duty" or any shorter period he may serve.

(2)     An employee with more than one year of net credited service when his military leave of absence becomes effective - the first three months of "military duty" or any shorter period he may serve.

(3)     For this purpose Company pay shall include basic pay at the rate in effect when the military leave of absence first becomes effective plus the weekly average of evening and night differential payments received for the normal work week during the first four of the five calendar weeks worked immediately preceding the week in which the military leave of absence becomes effective. Government pay shall be determined as of the time the employee begins his "military duty" and shall include basic pay, pay for special or hazardous duty and, for those with dependents, the difference between quarters allowances established for members of the uniformed services with dependents and those established for members of the uniformed services of equal rank without dependents and, in addition, any other family allowances which may hereafter be prescribed by law.

(4)     Any periods of absence on military leave will be cumulative and will be considered as one period in computing the payments to be made in accordance with this Paragraph (b) and Paragraph (c) below.  However, an employee's eligibility for payments under this Article will be reinstated for additional tours for involuntary periods of "active duty" in cases of national emergency; provided that in no event shall an employee be eligible to receive payments for more than one tour of active duty unless the employee has been on the active payroll, following a previous tour of active duty, for at least a two year period.

(c)     *Payments on Behalf of Dependents During Absence*.  In addition to the pay treatment prescribed in (b) above, employees, regardless of length of service, who are granted military leaves of absence pursuant to this Article and who have spouses, or dependent children under 18 years of age, at the commencement of their leaves, will, when their Company pay is greater than their Government pay, receive from the Company the difference between their Company pay and Government pay for an additional three months.  For this purpose, Company pay and Government pay shall be computed as prescribed in Paragraph (b) above.

Such employees who have dependents other than spouses, or children under 18 years of age, at the commencement of their leaves shall, upon the submission of evidence of dependency satisfactory to the Company, receive special payments from the Company not to exceed those specified in the next preceding paragraph.

(d)     *Employee Discount Telephone Service During Absence*.  Subject to Company's applicable exchange tariffs, employees who are receiving employee discount telephone service at the time their military leaves of absence become effective, shall, if they so request, continue to receive such discount telephone service for the use of their immediate families during the period of their leaves.

Employees who are not receiving employee discount telephone service at the time their military leaves of absence become effective shall, to the extent that the same if provided for under the Company's exchange tariffs, be eligible to receive such

3

discount telephone service for the use of their immediate families during the period of such leaves.

Such employee discount telephone service shall be limited to the territory served by The Chesapeake and Potomac Telephone Companies.

The provisions of this Paragraph (d) are subject to such change or changes as may be necessary on account of any rules or regulations which may be hereafter prescribed by any regulatory or governmental body.

(e)     *Reemployment*.  Employees who are granted military leaves of absence under this Article and who, upon their return from "military duty", have reemployment rights under the law and apply for reemployment with the Company within the time prescribed by law will be reemployed in accordance with the provisions of the law then in effect.

(f)     *Benefits During Absence*.  Employees who are granted military leaves of absence under this Article and who, upon their return from "military duty", are reemployed by the Company in accordance with Paragraph (e) above, shall receive full service credit for the period of such military leaves of absence for the purpose of determining net credited service.

Employees who are granted military leaves of absence under this Article shall be eligible for death benefits during the period of such leaves to the same extent and upon the same terms and conditions as if such employees had continued in the regular employment of the Company.  However, such benefits, where payable, shall be based upon the term of net credited service credited to an employee at the time the absence began plus service during such absence until time of death and shall be computed at the rate of Company pay which the employee was receiving at the time the military leave of absence became effective.

Employees returning from military leaves of absence granted pursuant to this Article, who are reemployed in accordance with Paragraph (e) above, but who are unable to return to work because of sickness disability, shall be eligible for sickness payments as of the date on which they would have returned to work except for the disability, to the same extent and upon the same terms and conditions as such payments are provided for regular employees of the Company.  Such payments, where made, shall be based upon the term of net credited service credited to the employee at the time his military leave of absence began plus the period of such leave of absence and shall be computed at the rate of Company pay applicable to the employee upon his reemployment.

(g)     *Treatment upon Return from Military Service*. Employees who are granted military leaves of absence under this Article and who, upon their return from "military duty", are reemployed in accordance with Paragraph (e) above, shall be accorded the following treatment:

(1)      Reemployment shall be at the rate of pay the employee would have received if he had been continuously on duty with the Company during the period of absence in the job classification he was in at the time he left; provided, however, that in the case of any such employee who has become incapacitated while on leave of absence on "military duty" to the extent that he is physically unable to do the same work or work similar to that which he was doing before entering military service and who is reemployed in different work, his rate of pay upon reemployment shall be subject to adjustment in accordance with the circumstances of his particular case.

(2)      In the year in which the employee returns he shall be entitled, during that calendar year, to the vacation he would be entitled to under the Agreement between the parties, as if he had been continuously on duty with the Company during the period of absence, providing there remains in that calendar year a sufficient number of days to make this possible.  Otherwise the employee will receive that portion of his vacation which can be taken within the calendar year in which he returns.

(3)      In addition to the pay treatment described above, employees granted military leaves of absence under this Article who, upon their return from "military duty", are reemployed in accordance with Paragraph (e) above, shall be accorded any other reemployment rights, privileges and benefits to which they may be entitled under then existing law by reason of their "military duty".

**SECTION 4.**  Employees who enter the armed forces for "active duty" without having obtained military leaves of absence under this Article will, upon their return from "active duty", be granted those reemployment rights, privileges and benefits, if any, to which they may be entitled under then existing law by reason of their military duty.

### Article 2. - Personal Leaves of
### Absence and Excused Time

**SECTION 1.**  Upon application by the individual employees involved, personal leaves of absence for military reasons, or excused time, will be granted to employees leaving positions other than "temporary positions", as specified in the Viet Nam Era Veteran's Readjustment Assistance Act of 1974, as amended, for the following types of absence:

(a)      "Active duty for training" as covered in Section 2 of this Article; or

(b)      "Training duty" as covered in Section 3 of this Article; or

(c)      "Emergency active duty" as covered in Section 4 of this Article; and shall be effective until the employee is reemployed in accordance with the provisions of this

Article or until the employee's right to reemployment under the law expires, whichever occurs first.

**SECTION 2.** *"Active Duty for Training."* Personal leaves of absence for military reasons will be granted to employees who enter upon an initial period of "active duty for training" of not less than three consecutive months.

(a)      *Vacation Treatment.* Employees who have not received vacations to which they are entitled at the time of the commencement of their personal leaves of absence for military reasons, shall receive a lump sum payment in lieu of the vacation or any unused portion thereof.

(b)      *Pay Treatment During Absence.* Employees who are granted personal leaves of absence for military reasons pursuant to this Section shall, when their Company pay is greater than their Government pay, receive from the Company the difference between their Company pay and their Government pay as follows: where the period of "active duty for training" is fifteen days or more, the difference between Company pay for eleven normal scheduled working days and one-half Government pay for one month. For this purpose, Company and Government pay shall be computed in accordance with Article 1, Section 3, Paragraph (b)(3) above. In no event shall payment for difference in pay be made for more than eleven normal scheduled working days in any one fiscal year whether for "active duty for training" under this Section or for "training duty" under Section 3 below, or both.

**SECTION 3.** *"Training Duty."* Excused time, or personal leaves of absence, as appropriate, will be granted to employees who are members of the "reserve components of the armed forces", including the National Guard, and who enter upon "training duty".

(a)      *Vacation Treatment.* Such excused time, or personal leaves of absence shall not be deducted from the regular vacation periods to which the employees may be entitled; however, if an employee elects to take his "training duty" under this Article during his vacation period he shall receive only his vacation pay for this period.

(b)      *Pay Treatment During Absence.* Employees who are excused, or granted personal leaves of absence, under this Section shall, when their Company pay is greater than their Government pay, receive from the Company the difference between their Company pay and their Government pay as follows:

         (1)      When the period of "training duty" is fourteen consecutive days, the difference between Company pay for ten normal scheduled working days in the period of training duty" and Government pay for the entire fourteen days.

         (2)      When the period of "training duty" is fifteen consecutive days or more, the difference between Company pay for eleven normal scheduled working days and one-half Government pay for one month.

(3)    When the period of "training duty" is less than fourteen consecutive days, the difference between Company pay for the normal scheduled working days during the period of training duty and Government pay for the entire period of such duty provided that in any one fiscal year the Company pay for the normal scheduled working days shall not exceed the normal scheduled working days in two normal work weeks.

For this purpose, Company and Government pay shall be computed in accordance with Article 1, Section 3, Paragraph (b)(3) above.  In no event shall such payment of difference in pay be made for more than eleven normal scheduled working days in any one fiscal year whether for "training duty" under this Section or for "active duty for training" under Section 2 above, or both.

**SECTION 4.**  *"Emergency Active duty."*  Excused time, or personal leaves of absence, as appropriate, will be granted to employees who are members of the National Guard when ordered to "emergency active duty" in cases of emergencies other than for "active duty" as provided for in Article 1, Section 1 of this Agreement.

(a)    *Vacation Treatment*.  Such excused time, or personal leaves of absence, shall not be deducted from the regular vacation periods to which the employees may be entitled; however, if an employee's "emergency active duty" under this Section occurs during his vacation period, he shall receive only his vacation pay for this period.

(b)    *Pay Treatment During Absence*.  Employees who are excused, or granted personal leaves of absence, under this Section shall, when their Company pay is greater than their Government pay, receive the difference between their Company pay and their Government pay for a period not to exceed the normal scheduled working days in two normal work weeks in any one fiscal year, such difference to be computed as follows:

(1)    When the period of "emergency active duty" consists of fourteen or more consecutive days, the difference between Company pay for ten normal scheduled working days and Government pay for fourteen days.

(2)    When the period of "emergency active duty" is less than fourteen consecutive days, the difference between Company pay for the normal scheduled working days during the period of "emergency active duty" and Government pay for the entire period of such duty.

For this purpose, Company and Government pay shall be computed in accordance with Article 1, Section 3, Paragraph (b)(3) above.  Time spent on such "emergency active duty" shall not affect the employee's eligibility to be granted a personal leave of absence for "active duty for training" in accordance with Section 2 of this Article, or his eligibility to be excused for "training duty" in accordance with Section 3 of this Article.

**SECTION 5.**  *Reemployment.*  Employees who are granted personal leaves of absence for military reasons or are excused under this Article and who, upon their return from "military duty" have reemployment rights under existing law and apply for reemployment with the Company within the time prescribed by law, will be reemployed and accorded any reemployment rights, privileges and benefits to which they may be entitled under then existing law.

**SECTION 6.**  *Treatment upon Return from Military Duty.*  Employees reemployed in accordance with Section 5 of this Article shall be accorded the same treatment as employees reemployed upon their return from "military duty" under Section 3, Paragraph (g) of Article 1 of this Agreement.

## Article 3. - Grievances

Grievances involving the interpretation or application of the provision of this Military Absence Agreement may be processed through the established grievance procedure in the General Agreement between the parties, but in no event shall any such grievance be subject to arbitration.

## Article 4. - Definitions

For purposes of interpretation and application of this Agreement, the following definitions shall apply:

(1)     *"Active duty,"* sometimes referred to as "active duty for training and service", shall mean full-time duty in the active military service of the United States, other than "active duty for training", "training duty", or "emergency active duty".

(2)     *"Active duty for training"* shall mean full-time duty in the active military service of the United States for training purposes as specified in the Viet Nam Era Veterans' Readjustment Assistance Act of 1974, as amended.

(3)     *"Training duty,"* sometimes referred to as "inactive duty training", shall mean training, appropriate duties or instruction performed by the reserve components of the armed forces, other than that described in (2) above, as specified in the Viet Nam Era Veterans' Readjustment Assistance Act of 1974, as amended.

(4)     *"Emergency active duty"* shall mean active duty performed by the federally recognized National Guard in cases of emergency, and shall not include such "active duty" as covered in (1) above.

(5)     *"Military duty"* shall mean military duty or service of any nature under orders or authorization issued by competent authority.

(6)     *"Armed forces"* shall mean the armed forces of the United States as specified in the Viet Nam Era Veterans' Readjustment Assistance Act of 1974, as amended.

(7)   *"Reserve components of the armed forces"* shall mean the reserve components of the armed forces of the United States as specified in the Viet Nam Era Veterans' Readjustment Assistance Act of 1974, as amended.

(8)   *"Temporary positions"* shall mean positions of a specific, brief and non-recurrent period as referred to in the Viet Nam Era Veterans' Readjustment Assistance Act of 1974, as amended.

### Article 5. - Federal or State Laws

Should any Federal or State law or the final determination of any court of competent jurisdiction or any proclamation or order having the force of law at any time affect any provision of this Agreement, such provision shall be construed as having been changed to the extent necessary to conform to such law or decision. In the event that such law, determination or proclamation shall be repealed or held unconstitutional, the provision of this Contract affected hereby shall be read according to its original tenor.

### Article 6. - Cancellation and Duration

**SECTION 1.** This Agreement shall cancel and supersede all existing agreements with respect to treatment of employees entering, during, and upon their return from all types of "military duty" and sets forth all of the understandings, commitments and agreements existing between the parties relating thereto.

**SECTION 2.** This Agreement shall continue in effect for an initial period through August 9, 1986 or until the final termination of the General Agreement covering wages and working conditions between the parties entered into pursuant to the Memorandum of Agreement dated August 27, 1983, whichever is later, and thereafter shall continue in effect until modified, amended or terminated by sixty days written notice given by either party to the other. Following the service of such notice, the parties agree to engage in collective bargaining with respect to such modification, amendment or termination.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed in their names by their duly authorized representatives the day and year first above written.

The Chesapeake and Potomac     Communications Workers
  Telephone Companies           of America

                          By  Edwin Lewinski

                          Approved:

By  A. E. Sears             By  G. E. Watts
  Assistant Vice President       President C.W.A.

# INDEX

| ARTICLE | | PAGE |
|---|---|---|
| 9 | ABSENCE FOR UNION BUSINESS | 13 |
| 4 | AGENCY SHOP | 6 |
| 16 | BASIC WAGE SCHEDULES | 27 |
| 41 | CANCELLATION AND DURATION | 92 |
| 2 | COLLECTIVE BARGAINING | 4 |
| 39 | CONTRACT LABOR | 86 |
| 17 | CORPORATE PROFIT SHARING PLAN | 32 |
| 40 | DEFINITIONS | 87 |
| 19 | DIFFERENTIALS | 37 |
| 27 | EMERGENCY CALL-OUTS | 53 |
| 36B | EMPLOYMENT SECURITY TRAINING | 80 |
| 33 | EXCUSED TIME | 68 |
| 38 | EXCUSED WORK DAYS | 85 |
| 15 | FEDERAL OR STATE LAWS | 26 |
| 35 | FORCE ADJUSTMENT, LAYOFF, PART-TIMING AND REHIRING AFTER LAYOFF | 73 |
| 12 | GRIEVANCES AND GRIEVANCE MEETING PROCEDURE | 18 |
| 30 | HOLIDAYS | 59 |
| 26 | INCLEMENT WEATHER | 52 |
| 36A | INCOME SECURITY PLAN | 78 |
| 6 | INFORMATION FURNISHED UNION | 9 |
| 16B | NEW JOB TITLES AND JOB CLASSIFICATIONS | 29 |
| 11 | NON-DISCRIMINATION | 17 |
| 10A | OCCUPATIONAL SAFETY AND HEALTH | 16 |
| 24 | OVERTIME AND SUNDAY PRACTICES | 48 |
| 32 | PAYMENTS DURING FIRST SEVEN DAYS OF SICKNESS ABSENCE | 67 |
| 3 | PAYROLL DEDUCTION OF UNION DUES, ETC | 5 |
| 14 | PENSION AND SICKNESS AND ACCIDENT DISABILITY BENEFIT PLANS | 25 |
| 13 | PROCEDURES FOR REGULAR AND EXPEDITED ARBITRATION | 21 |
| 7 | PROMOTION OR TRANSFER OF UNION OFFICERS | 11 |
| 21 | PROMOTIONAL WAGE ADJUSTMENTS | 39 |
| 36C | REASSIGNMENT PAY PROTECTION PROGRAM | 82 |
| 1 | RECOGNITION | 2 |
| 29 | REIMBURSEMENT OF INCIDENTAL EXPENSES | 58 |
| 10 | RESPONSIBLE UNION-COMPANY RELATIONSHIP | 15 |

**ARTICLE**                                                    **PAGE**

| 34 | SENIORITY | 70 |
| 18 | SPECIAL CITY ALLOWANCE | 36 |
| 16C | TEAM-BASED INCENTIVE PAY PLAN | 31 |
| 22 | TEMPORARY ASSIGNMENTS | 41 |
| 37 | TERMINATION ALLOWANCES | 83 |
| 23 | TRANSFER AND REASSIGNMENT | 42 |
| 28 | TRAVEL ALLOWANCES, TRAVEL TIME AND EXPENSE PAYMENTS | 55 |
| 6A | UNION ACCESS TO EMPLOYEE PERSONNEL FILES | 10 |
| 8 | UNION ACTIVITY ON COMPANY PREMISES | 12 |
| 5 | UNION BULLETIN BOARDS | 7 |
| 20 | UNION REPRESENTATION | 38 |
| 31 | VACATIONS | 62 |
| 16A | WAGE START RATES | 28 |
| 25 | WORK SCHEDULES AND CHANGES IN SCHEDULED WORK TIME | 50 |

EXHIBIT I     AUTHORIZATION FOR PAYROLL DEDUCTION OF AMOUNTS EQUAL TO UNION DUES ... 93

EXHIBIT II     NEGOTIATED AGREEMENTS ON JOB DUTIES ... 95

EXHIBIT III     PENSION BAND TABLE ... 103

EXHIBIT IV     TRANSFER PLAN AND INTERCOMPANY JOB BANK ... 104

EXHIBIT V     BROADBAND NETWORK EMPLOYMENT SECURITY PROVISIONS ... 108

EXHIBIT VI     SETTLEMENT AGREEMENT AND RELEASE – VCS ... 112

EXHIBIT VII     ENHANCED INCOME SECURITY PLAN ... 121

LETTERS OF UNDERSTANDING INDEX ... 122

MILITARY ABSENCE AGREEMENT ... 193

EXHIBIT A     ... i-xv

WAGE SCHEDULES 2008 ... 1-38

WAGE SCHEDULES 2009 ... 1-38

**EXHIBIT A**

To


GENERAL AGREEMENT


between


COMMUNICATIONS WORKERS OF AMERICA,
AFL-CIO


and


VERIZON WASHINGTON, DC INC.

VERIZON MARYLAND INC.

VERIZON VIRGINIA INC.

VERIZON WEST VIRGINIA INC.

VERIZON SERVICES CORP.

VERIZON ADVANCED DATA INC.

VERIZON AVENUE CORP.

VERIZON SOUTH INC. (VIRGINIA)

VERIZON CORPORATE SERVICES CORP.


**August 3, 2008**

**EXHIBIT A**

TABLE OF CONTENTS

PAGE

Wage Schedule Notes:      ……………………………………………..ii
    Cost Of Living      …………………………………………..ii
    Pension Band Increases      …………………………………..iii

Locality Wage Groups………………………………………………v-viii

Job Titles and Related Categories, Job Title
   Groups and Wage Schedules   …………………………………ix-xv

Wage Schedules Effective:

    2008      …………………………………………………1-38
    2009      …………………………………………………1-38

# WAGE SCHEDULE NOTES

## COST-OF-LIVING

During the term of this 2008 MOU, the existing Cost-of-Living provisions in the collective bargaining agreement will be deleted and replaced with the language set forth below:

1. Effective August 1, 2010, an adjustment will be made in basic weekly rates in each wage schedule in the amount of: (i) one-half of the increase above three and three quarters percent (3.75%) in the "CPI-W" (1982-84=100) for May 2010 over May 2009, applied to (ii) the scheduled rates in effect in each wage schedule on July 31, 2010, (iii) rounded to the nearest 50 cents.

2. In no event shall a decrease in the CPI-W result in a reduction of any basic weekly wage rate.

3. In the event the Bureau of Labor Statistics does not issue the appropriate Consumer Price Indexes on or before the dates referred to in Paragraph 1, the cost-of-living adjustment required by such appropriate indexes shall be effective at the beginning of the first payroll week after receipt of the indexes.

4. No adjustment, retroactive or otherwise, shall be made as the result of any revision which may later be made in the first published figures for the CPI-W for May 2009 and May 2010.

5. The cost-of-living adjustment is dependent upon the availability of the CPI-W in its present form and calculated on the same basis as the CPI-W for May 2008. In the event the Bureau of Labor Statistics changes the form or the basis of

ii

calculating the CPI-W, the Company and the Union agree to request the Bureau to make available, for the life of this agreement, CPI-W in its present form and calculate it on the same basis as the CPI-W for May 2008, which was 212.788 (1982-84=100).

## PENSION BAND INCREASES

The Verizon Pension Plan for Mid-Atlantic Associates (the "Pension Plan") will be amended to provide for increases in pension bands by the "Percentage Increase" amounts shown in the following table, as applied to participating employees whose "Pension Effective Date" (which is the first day following the last day on the payroll) is on or after the corresponding "Effective Date" shown below.

| Effective Date | Percentage Increase |
| --- | --- |
| 10/1/08 | 3.25% |
| 10/1/09 | 3.50% |
| 10/1/10 | 3.75% |

Pension Band Adjustment for Operators.

1.     The temporary Pension Band increase from the 2003 MOU will be made permanent for the Operator and Operator A Job Titles in New Jersey and Potomac Locality Wage Group A.  On and after August 2, 2008, the Pension Band for the Operator and Operator A Job Titles in these locations will be Band 108.

2.     The temporary Pension Band increase from the 2003 MOU will be made permanent for the Operator and Operator A Job Titles in Potomac Locality

iii

Wage Group B.  On and after August 2, 2008, the Pension Band for the Operator and Operator A Job Titles in these locations will be Band 107.

## LOCALITY WAGE GROUPS
## WASHINGTON AREA

| | |
|---|---|
| Locality Wage Group A | Washington Corp., Washington Suburban Area-Maryland, Northern Virginia Area |

## MARYLAND AREA

Locality Wage Group B

| | | |
|---|---|---|
| Aberdeen | Crofton | Jarrettsville |
| Accident | Cumberland | Keedysville |
| Annapolis | Damascus | Kennedyville |
| Arbutus | Darlington | La Plata |
| Armiger | Deale | Laurel |
| Baden | Delmar | Leonardtown |
| Bainbridge | Denton | Lexington Park |
| Baltimore | Dundalk | Lonaconing |
| Bel Air | Easton | Mayo |
| Berlin | Edgewood | Mechanicsville |
| Bishop | Elkridge | Milestown |
| Braddock Heights | Elkton | Mt. Airy |
| Brandywine | Ellicott City | Millersville |
| Brooklyn | Essex | Mutual |
| Brunswick | Federalsburg | Myersville |
| Buckeystown | Finksburg | Nanjemoy |
| Cambridge | Flintstone | New Market |
| Cardiff | Fork | New Windsor |
| Catonsville | Frederick | North Beach |
| Cecilton | Frostburg | North East |
| Centreville | Galesville | Northpoint |
| Chase | Glen Burnie | Oakland |
| Chestertown | Glenwood | Ocean City |
| Church Hill | Hagerstown | Odenton |
| Churchville | Hampstead | Owings Mills |
| Clarksville | Hancock | Parkton |
| Clear Spring | Havre de Grace | Parkville |
| Cockeysville | Hollywood | Parole |
| Columbia | Hughesville | Perryville |
| Cresaptown | Hurlock | Pikesville |
| Crisfield | Indian Head | Pocomoke |

## MARYLAND AREA (Cont'd)

| | | | |
|---|---|---|---|
| **Locality** | **Prince Frederick** | **Solomons** | **Trappe** |
| **Wage** | **Princess Anne** | **Sparks-Glencoe** | **Union Bridge** |
| **Group** | **Queenstown** | **St. Margarets** | **Valley Lee** |
| **B** | **Randallstown** | **St. Michaels** | **Waldorf** |
| | **Reisterstown** | **Stevensville** | **Walkerville** |
| | **Ridge** | **Still Pond** | **Westminster** |
| | **Rock Hall** | **Sykesville** | **Willards** |
| | **Salisbury** | **Taneytown** | **Williamsport** |
| | **Severna Park** | **Thurmont** | **Woodlawn** |
| | **Smithsburg** | **Tompkinsville** | |
| | **Snow Hill** | **Towson** | |

## LOCALITY WAGE GROUPS
## VIRGINIA AREA

| | | | |
|---|---|---|---|
| **Locality** | **Amherst** | **Goochland** | **Pulaski** |
| **Wage** | **Ashland** | **Gordonsville** | **Purcellville** |
| **Group** | **Bedord** | **Grayson** | **Radford** |
| **B** | **Berryville** | **Grundy** | **Richlands** |
| | **Big Stone Gap** | **Hampton** | **Richmond** |
| | **Blacksburg** | **Harrisonburg** | **Roanoke** |
| | **Bluemont** | **Hilsboro** | **Rustburg** |
| | **Bowling Green** | **Hopewell** | **Salem** |
| | **Buchanan** | **Jonesville** | **Sandston** |
| | **Cape Charles** | **Lebanon** | **Seaford** |
| | **Chanceller** | **Leesburg** | **Shawsville** |
| | **Chase City** | **Louisa** | **Smithfield** |
| | **Chatham** | **Lovingston** | **Spotsylvania** |
| | **Chesapeake** | **Lynchburg** | **St. Paul** |
| | **Chester** | **Madison** | **Stafford** |
| | **Chincoteague** | **Madison Heights** | **Staunton** |
| | **Christiansburg** | **Manakin** | **Stephens City** |
| | **Clintwood** | **Manassas** | **Stewartsville** |
| | **Clover** | **Marshall** | **Stuart's Draft** |
| | **Coeburn** | **Maxwell** | **Suffolk** |
| | **Colonial Heights** | **Mechanicsville** | **Tangier Island** |
| | **Covington** | **Middleburg** | **Tazwell** |
| | **Culpeper** | **Midlothian** | **Temperanceville** |
| | **Dale City** | **Mineral** | **Toano** |
| | **Danville** | **Nassawadox** | **Unionville** |
| | **Dhalgren** | **Newport News** | **Varina Grove** |
| | **Dinwiddie** | **Norfolk** | **Verona** |
| | **Dryden** | **Norton** | **Virginia Beach** |
| | **Dublin** | **Onancock** | **Wallops Island** |
| | **Eastville** | **Onley** | **Warrenton** |
| | **Emporia** | **Orange** | **Warsaw** |
| | **Exmore** | **Parksley** | **West Point** |
| | **Forest** | **Pearisburg** | **Williamsburg** |
| | **Fort Lee** | **Pennington Gap** | **Winchester** |
| | **Franklin** | **Petersburg** | **Wise** |
| | **Fredericksburg** | **Poquoson** | **Woodbridge** |
| | **Gloucester** | **Portsmouth** | **Yorktown** |

## LOCALITY WAGE GROUPS
## WEST VIRGINIA AREA

**Locality
Wage
Group
B**

| | | |
|---|---|---|
| Alum Creek | Huntington | Richwood |
| Ansted | Hurricane | Ripley |
| Barboursville | Iaeger | Rock Cave |
| Beckley | Kanawha | Rowlesburg |
| Belington | Kenova | Salem |
| Belle | Kermit | Scott Depot |
| Berkeley Springs | Keyser | Seth |
| Bradshaw | Kingwood | Shady Spring |
| Bridgeport | Lewisburg | Shinnston |
| Brushton | Logan | Sissonville |
| Buckhannon | Lorentz | Sophia |
| Chapmanville | Lubeck | South |
| Charleston | Madison | Spencer |
| Chester | Man | St. Albans |
| Clarksburg | Martinsburg | Summersville |
| Clendenin | Matewan | Suncrest |
| Delbarton | Middlebourne | Sutton |
| Dunbar | Milton | Terra Alta |
| East Bank | Montgomery | Tyler Heights |
| Elizabeth | Morgantown | Vienna |
| Elkins | Moundsville | Walton |
| Elkview | Mt. Hope | Warwood |
| Fairmont | Mullens | Weirton |
| Fayetteville | New Martinsville | Weirton Heights |
| Flat Top | Nitro | Wellsburg |
| Follansbee | Oak Hill | West Milford |
| Fort Gay | Oceana | West Union |
| Franklin | Omar | Weston |
| Gassaway | Parkersburg | Wheeling |
| Gauley Bridge | Peterstown | White Sulphur |
| Gilbert | Philippi | Springs |
| Glen Daniel | Piedmont | Whitesville |
| Glenville | Pineville | Williamson |
| Grafton | Pocatalico | Winfield |
| Griffithsville | Pt. Pleasant | Woodsdale |
| Hinton | Rainelle | |
| Holden | Ravenswood | |

viii

EXHIBIT A

## JOB TITLES AND RELATED CATEGORIES, JOB TITLE GROUPS AND WAGE SCHEDULES

| Notes | Job Title | Category | Job Title Group | Wage Schedule |
|---|---|---|---|---|
| | Apprentice Technician – Business/Government | I | 15 | 32 |
| | Assignment Administrator | III | 11 | 7 |
| | Assistant Technician | I | 15 | 24 |
| | Automobile Technician | II | 10 | 5 |
| | Automotive Equipment Technician | II | 9 | 3 |
| | Building Attendant | II | 15 | 9 |
| | Buildings Equipment Mechanic | II | 9 | 3 |
| (2) | Buildings Mechanic | II | 10 | 6 |
| (4) | Buildings Mechanic | II | 10 | 6-A |
| | Cable Splicing Technician | I | 6 | 1 |
| | Central Office Technician | I | 7 | 1 |
| | Coin Telephone Collector | II | 10 | 5 |
| | Communications Representative | A | 5 | 14 |
| | Communications Representative #2 | A | 5 | 12 |
| | Computer Attendant-- Semi-skilled 2 | III | 12 | 17 |
| | Computer Attendant-- Semi-skilled 2 | B | 12 | 21 |
| | Consultant | A | 11 | 11 |
| | Customer Account Representative | A | 11 | 11A |
| | Customer Billing Analyst | III | 11 | 7 |
| | Customer Business Representative | A | 11 | 11A |
| | Customer Service Administrator | I | 11 | 29 |
| | Customer Service Agent | I | 7 | 30 |
| | Customer Service Clerk- -Skilled 1 | B | 11 | 22 |

| Notes | Job Title | Category | Job Title Group | Wage Schedule |
|---|---|---|---|---|
| (5) | Dial Administration Clerk--Skilled 1 | III | 11 | 18 |
| (5) | Dial Administration Clerk--Skilled 1 | B | 11 | 22 |
| | Directory Compilation Clerk – Semi-skilled | III | 12 | 17 |
| | Directory Compilation Clerk - Semi-skilled | B | 12 | 21 |
| | Dispatching Clerk—Semi-skilled 2 | III | 12 | 17 |
| | Dispatching Clerk—Semi-skilled 2 | B | 12 | 21 |
| | Driver--Light Truck | II | 13 | 25 |
| | Driver--Medium Truck | II | 12 | 26 |
| | Driver--Heavy Truck | II | 12 | 27 |
| | Engineering Assistant | A | 7 | 13 |
| (5) | Engineering Drawing Clerk--Skilled 1 | III | 11 | 18 |
| (5) | Engineering Drawing Clerk--Skilled 1 | B | 11 | 22 |
| | Entry Typist--Entry 1 | III | 13 | 15 |
| | Entry Typist--Entry 1 | B | 13 | 19 |
| | Facilities Administrator | III | 11 | 7 |
| | Fraud Investigator | III | 11 | 7 |
| | Fiber Customer Support Analyst | III | 11 | 7 |
| | Fiber Network Technician | I | 7 | 1 |
| (1) | File Clerk--Entry 3 | III | 13 | 16 |
| (1) | File Clerk--Entry 3 | B | 13 | 20 |
| | Frame Attendant | I | 10 | 4 |
| | Garage Attendant | II | 15 | 9 |
| | General Clerk—Semi-skilled 2 | III | 12 | 17 |
| | General Clerk—Semi-skilled 2 | B | 12 | 21 |
| (3) | Guard | II | 15 | 23 |
| | Key Data Entry Clerk—Entry 3 | III | 13 | 16 |

| Notes | Job Title | Category | Job Title Group | Wage Schedule |
|---|---|---|---|---|
| | Key Data Entry Clerk—Entry 3 | B | 13 | 20 |
| (1) | Mail Clerk--Entry 3 | III | 13 | 16 |
| (1) | Mail Clerk--Entry 3 | B | 13 | 20 |
| | Maintenance Administrator | III | 11 | 7 |
| | Management Plan Clerk-- Semi-skilled 2 | III | 12 | 17 |
| | Management Plan Clerk-- Semi-skilled 2 | B | 12 | 21 |
| | Manager's Clerk--Semi-skilled 2 | III | 12 | 17 |
| | Manager's Clerk--Semi-skilled 2 | B | 12 | 21 |
| | Master Automotive Equipment Technician | II | 9 | 1 |
| | Master Buildings Equipment Mechanic | II | 7 | 1 |
| | Material Equipment Technician | II | 9 | 29 |
| | Material Systems Technician | I | 7 | 1 |
| | Message Investigation Clerk-- Semi-skilled 2 | III | 12 | 17 |
| | Message Investigation Clerk-- Semi-skilled 2 | B | 12 | 21 |
| | Metrology Technician | II | 9 | 1 |
| | Network Services Coordinator | III | 11 | 7 |
| | Office Clerical Assistant—Entry 1 | III | 13 | 15 |
| | Office Clerical Assistant—Entry 1 | B | 13 | 19 |
| | Office Clerk—Entry 3 | III | 13 | 16 |
| | Office Clerk—Entry 3 | B | 13 | 20 |
| | Operator | IV | 14 | 10 |
| | Operator- A (Effective 10-2-98) | IV | 14 | 10-A |
| | Outside Plant Technician | I | 9 | 2 |
| (5) | Plant Assignment Clerk—Skilled 1 | III | 11 | 18 |
| (5) | Plant Assignment Clerk—Skilled 1 | B | 11 | 22 |
| | Plant Records Clerk—Entry 3 | III | 13 | 16 |

| | | | |
|---|---|---|---|
| **Plant Records Clerk—Entry 3** | **B** | **13** | **20** |
| **Public Communications Sales Representative** | **A** | **5** | **28** |
| **RCMAC Clerk** | **III** | **11** | **7** |

| Notes | Job Title | Category | Job Title Group | Wage Schedule |
|---|---|---|---|---|
| | Remittance Clerk—Entry 3 | III | 13 | 16 |
| | Remittance Clerk—Entry 3 | B | 13 | 20 |
| | Repair Clerk—Semi-skilled 2 | III | 12 | 17 |
| | Repair Clerk—Semi-skilled 2 | B | 12 | 21 |
| | Reproduction Clerk—Entry 3 | III | 13 | 16 |
| | Reproduction Clerk—Entry 3 | B | 13 | 20 |
| | Sales Associate (North & South) | B | 13 | 8A |
| | Senior Technician Business/Government | I | 7 | 34 |
| | Senior Traffic Office Clerk | IV | 11 | 22 |
| | Senior Voicemail Clerks | III | 11 | 18 |
| | Service Assistant | IV | 11 | 22 |
| | Service Order Administrator-- Skilled 1 | III | 11 | 18 |
| | Service Order Administrator-- Skilled 1 | B | 11 | 22 |
| | Service Order Clerk-- Semi-skilled 2 | III | 12 | 17 |
| | Service Order Clerk-- Semi-skilled 2 | B | 12 | 21 |
| | Service Order Correction Clerk-- Skilled 1 | III | 11 | 18 |
| | Service Order Correction Clerk-- Skilled 1 | B | 11 | 22 |
| | Service Representative | A | 11 | 11 |
| | Services Technician | I | 9 | 2 |
| | Special Clerk--Skilled 1 | III | 11 | 18 |
| | Special Clerk--Skilled 1 | B | 11 | 22 |
| | Stenographer--Semi-skilled 2 | III | 12 | 17 |
| | Stenographer--Semi-skilled 2 | B | 12 | 21 |

xiii

| Storekeeper | II | 10 | 6 |

| Notes | Job Title | Category | Job Title Group | Wage Schedule |
|---|---|---|---|---|
| | Systems Technician | I | 6 | 1 |
| | Technician - Business/Government | I | 11 | 33 |
| | Telemarketing Representative-- Entry 3 | III | 13 | 16 |
| | Telemarketing Representative-- Entry 3 | B | 13 | 20 |
| | Teller--Entry 3 | III | 13 | 16 |
| | Teller--Entry 3 | B | 13 | 20 |
| | Typist--Entry 3 | III | 13 | 16 |
| | Typist--Entry 3 | B | 13 | 20 |
| | Video Hub Technician | I | 7 | 31 |
| | Warehouse Attendant | II | 15 | 8 |

(1)      No other employee shall be given this job title effective 8-7-77.

(2)      Except Washington Area.

(3)      Washington and Maryland Areas only.

(4)      Washington Area only.

(5)      No other employee shall be given this job title effective 8-6-00

NOTE:   There are four (4) clerical levels:  Entry 1, Entry 3, Semi-skilled 2, and Skilled 1.  The appropriate wage schedules are numbered 15 through 22.

xv

**2008 WAGE SCHEDULES**

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 01                                      EFFECTIVE AUGUST 03, 2008

### CABLE SPLICING TECHNICIAN, CENTRAL OFFICE TECHNICIAN, FIBER NETWORK TECHNICIAN, MASTER AUTOMOTIVE EQUIPMENT TECHNICIAN, MASTER BUILDINGS EQUIPMENT MECHANIC, MATERIAL SYSTEMS TECHNICIAN, METROLOGY TECHNICIAN, SYSTEMS TECHNICIAN

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $506.50 | | $490.50 | |
| 6 Mos. | 6 Mos. | $567.00 | $60.50 | $550.00 | $59.50 |
| 12 Mos. | 6 Mos. | $635.50 | $68.50 | $617.00 | $67.00 |
| 18 Mos. | 6 Mos. | $713.00 | $77.50 | $692.50 | $75.50 |
| 24 Mos. | 6 Mos. | $798.50 | $85.50 | $777.00 | $84.50 |
| 30 Mos. | 6 Mos. | $894.50 | $96.00 | $871.50 | $94.50 |
| 36 Mos. | 6 Mos. | $1,003.00 | $108.50 | $979.00 | $107.50 |
| 42 Mos. | 6 Mos. | $1,124.00 | $121.00 | $1,098.00 | $119.00 |
| 48 Mos. (Maximum) | | $1,259.50 | $135.50 | $1,233.00 | $135.00 |
| **PENSION BAND** | | **121** | | **120** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 02                                        EFFECTIVE AUGUST 03, 2008

### OUTSIDE PLANT TECHNICIAN, SERVICES TECHNICIAN

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $501.00 | | $481.50 | |
| 6 Mos. | 6 Mos. | $559.00 | $58.00 | $539.00 | $57.50 |
| 12 Mos. | 6 Mos. | $624.00 | $65.00 | $603.00 | $64.00 |
| 18 Mos. | 6 Mos. | $696.50 | $72.50 | $674.50 | $71.50 |
| 24 Mos. | 6 Mos. | $778.50 | $82.00 | $755.50 | $81.00 |
| 30 Mos. | 6 Mos. | $868.50 | $90.00 | $845.00 | $89.50 |
| 36 Mos. | 6 Mos. | $970.50 | $102.00 | $945.50 | $100.50 |
| 42 Mos. | 6 Mos. | $1,084.00 | $113.50 | $1,057.50 | $112.00 |
| 48 Mos. (Maximum) | | $1,209.00 | $125.00 | $1,183.00 | $125.50 |
| **PENSION BAND** | | **119** | | **118** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 03                                    EFFECTIVE AUGUST 03, 2008

AUTOMOTIVE EQUIPMENT TECHNICIAN, BUILDINGS EQUIPMENT MECHANIC

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $500.00 | | $481.00 | |
| 6 Mos. | 6 Mos. | $558.00 | $58.00 | $538.50 | $57.50 |
| 12 Mos. | 6 Mos. | $622.50 | $64.50 | $602.00 | $63.50 |
| 18 Mos. | 6 Mos. | $694.50 | $72.00 | $673.00 | $71.00 |
| 24 Mos. | 6 Mos. | $775.50 | $81.00 | $752.50 | $79.50 |
| 30 Mos. | 6 Mos. | $865.00 | $89.50 | $842.00 | $89.50 |
| 36 Mos. | 6 Mos. | $966.50 | $101.50 | $942.00 | $100.00 |
| 42 Mos. | 6 Mos. | $1,077.50 | $111.00 | $1,052.50 | $110.50 |
| 48 Mos. (Maximum) | | $1,202.00 | $124.50 | $1,177.00 | $124.50 |
| **PENSION BAND** | | **119** | | **118** | |

3

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 04                                   EFFECTIVE AUGUST 03, 2008

### FRAME ATTENDANT

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $506.00 | | $483.50 | |
| 6 Mos. | 6 Mos. | $570.50 | $64.50 | $547.00 | $63.50 |
| 12 Mos. | 6 Mos. | $644.00 | $73.50 | $617.00 | $70.00 |
| 18 Mos. | 6 Mos. | $726.00 | $82.00 | $695.00 | $78.00 |
| 24 Mos. | 6 Mos. | $820.50 | $94.50 | $785.00 | $90.00 |
| 30 Mos. | 6 Mos. | $925.00 | $104.50 | $886.00 | $101.00 |
| 36 Mos. (Maximum) | | $1,044.50 | $119.50 | $1,000.50 | $114.50 |
| **PENSION BAND** | | **113** | | **112** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 05                                        EFFECTIVE AUGUST 03, 2008

AUTOMOBILE TECHNICIAN, COIN TELEPHONE COLLECTOR

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $503.00 | | $483.50 | |
| 6 Mos. | 6 Mos. | $570.00 | $67.00 | $550.50 | $67.00 |
| 12 Mos. | 6 Mos. | $645.50 | $75.50 | $624.00 | $73.50 |
| 18 Mos. | 6 Mos. | $732.00 | $86.50 | $709.00 | $85.00 |
| 24 Mos. | 6 Mos. | $828.50 | $96.50 | $805.50 | $96.50 |
| 30 Mos. | 6 Mos. | $940.50 | $112.00 | $915.00 | $109.50 |
| 36 Mos. (Maximum) | | $1,064.50 | $124.00 | $1,039.00 | $124.00 |
| **PENSION BAND** | | **114** | | **113** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 06                                    EFFECTIVE AUGUST 03, 2008

### BUILDINGS MECHANIC (EXCEPT WASH AREA), STOREKEEPER

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $503.50 | | $487.00 | |
| 6 Mos. | 6 Mos. | $567.50 | $64.00 | $550.50 | $63.50 |
| 12 Mos. | 6 Mos. | $639.00 | $71.50 | $622.50 | $72.00 |
| 18 Mos. | 6 Mos. | $719.50 | $80.50 | $704.00 | $81.50 |
| 24 Mos. | 6 Mos. | $812.50 | $93.00 | $796.50 | $92.50 |
| 30 Mos. | 6 Mos. | $914.00 | $101.50 | $900.00 | $103.50 |
| 36 Mos. (Maximum) | | $1,030.00 | $116.00 | $1,017.50 | $117.50 |
| **PENSION BAND** | | **113** | | **112** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 6A                                    EFFECTIVE AUGUST 03, 2008

### BUILDINGS MECHANIC (WASH AREA ONLY)

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT |
|---|---|---|---|
| Start | 6 Mos. | $492.50 | |
| 6 Mos. | 6 Mos. | $558.00 | $65.50 |
| 12 Mos. | 6 Mos. | $631.50 | $73.50 |
| 18 Mos. | 6 Mos. | $716.00 | $84.50 |
| 24 Mos. | 6 Mos. | $810.00 | $94.00 |
| 30 Mos. | 6 Mos. | $918.00 | $108.00 |
| 36 Mos. (Maximum) | | $1,039.00 | $121.00 |
| **PENSION BAND** | | **113** | |

7

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 07                                              EFFECTIVE AUGUST 03, 2008

### ASSIGNMENT ADMINISTRATOR, CUSTOMER BILLING ANALYST, FACILITIES ADMINISTRATOR, FIBER CUSTOMER SUPPORT ANALYST, FRAUD INVESTIGATOR, MAINTENANCE ADMINISTRATOR, NETWORK SERVICES COORDINATOR, RCMAC CLERK

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $429.00 | | $416.50 | |
| 6 Mos. | 6 Mos. | $494.50 | $65.50 | $480.50 | $64.00 |
| 12 Mos. | 6 Mos. | $571.50 | $77.00 | $556.00 | $75.50 |
| 18 Mos. | 6 Mos. | $660.00 | $88.50 | $642.00 | $86.00 |
| 24 Mos. | 6 Mos. | $761.00 | $101.00 | $742.00 | $100.00 |
| 30 Mos. | 6 Mos. | $878.50 | $117.50 | $857.50 | $115.50 |
| 36 Mos. (Maximum) | | $1,014.50 | $136.00 | $990.50 | $133.00 |
| **PENSION BAND** | | **112** | | **111** | |

8

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 08                           EFFECTIVE AUGUST 03, 2008

### WAREHOUSE ATTENDANT

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $380.50 | | $380.50 | |
| 6 Mos. | 6 Mos. | $451.50 | $71.00 | $450.50 | $70.00 |
| 12 Mos. | 6 Mos. | $536.50 | $85.00 | $534.50 | $84.00 |
| 18 Mos. | 6 Mos. | $638.00 | $101.50 | $632.50 | $98.00 |
| 24 Mos. (Maximum) | | $758.00 | $120.00 | $749.50 | $117.00 |
| **PENSION BAND** | | **105** | | **105** | |

9

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 8A                                    EFFECTIVE AUGUST 03, 2008

SALES ASSOCIATE (SOUTH AND NORTH)

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|
| Start | 6 Mos. | $420.50 | |
| 6 Mos. | 6 Mos. | $475.00 | $54.50 |
| 12 Mos. | 6 Mos. | $537.50 | $62.50 |
| 18 Mos. | 6 Mos. | $607.50 | $70.00 |
| Top (Maximum) | | $687.50 | $80.00 |
| **PENSION BAND** | | **101** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 09                                    EFFECTIVE AUGUST 03, 2008

BUILDING ATTENDANT, GARAGE ATTENDANT

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $354.50 | | $353.50 | |
| 6 Mos. | 6 Mos. | $441.00 | $86.50 | $436.00 | $82.50 |
| 12 Mos. | 6 Mos. | $550.00 | $109.00 | $539.50 | $103.50 |
| 18 Mos. (Maximum) | | $684.00 | $134.00 | $667.00 | $127.50 |
| **PENSION BAND** | | **102** | | **102** | |

11

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 10                               EFFECTIVE AUGUST 03, 2008

OPERATOR

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $438.00 | | $407.00 | |
| 6 Mos. | 6 Mos. | $492.00 | $54.00 | $460.00 | $53.00 |
| 12 Mos. | 6 Mos. | $552.00 | $60.00 | $519.50 | $59.50 |
| 18 Mos. | 6 Mos. | $620.00 | $68.00 | $588.00 | $68.50 |
| 24 Mos. | 6 Mos. | $695.50 | $75.50 | $663.50 | $75.50 |
| 30 Mos. | 6 Mos. | $781.50 | $86.00 | $751.00 | $87.50 |
| 36 Mos. (Maximum) | | $878.50 | $97.00 | $848.00 | $97.00 |
| **PENSION BAND** | | **108** | | **107** | |

12

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 10A                          EFFECTIVE AUGUST 03, 2008

OPERATOR-A

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $438.00 | | $407.00 | |
| 6 Mos. | 6 Mos. | $469.00 | $31.00 | $438.00 | $31.00 |
| 12 Mos. | 6 Mos. | $503.50 | $34.50 | $471.00 | $33.00 |
| 18 Mos. | 6 Mos. | $539.50 | $36.00 | $507.50 | $36.50 |
| 24 Mos. | 6 Mos. | $578.00 | $38.50 | $547.00 | $39.50 |
| 30 Mos. | 6 Mos. | $620.00 | $42.00 | $588.00 | $41.00 |
| 36 Mos. | 6 Mos. | $664.50 | $44.50 | $632.00 | $44.00 |
| 42 Mos. | 6 Mos. | $713.50 | $49.00 | $680.00 | $48.00 |
| 48 Mos. | 6 Mos. | $764.00 | $50.50 | $732.50 | $52.50 |
| 54 Mos. | 6 Mos. | $819.50 | $55.50 | $788.00 | $55.50 |
| 60 Mos. (Maximum) | | $878.50 | $59.00 | $848.00 | $60.00 |
| **PENSION BAND** | | **108** | | **107** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 11                                    EFFECTIVE AUGUST 03, 2008

CONSULTANT, SERVICE REPRESENTATIVE

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $498.50 | | $469.00 | |
| 6 Mos. | 6 Mos. | $566.00 | $67.50 | $535.50 | $66.50 |
| 12 Mos. | 6 Mos. | $642.50 | $76.50 | $612.00 | $76.50 |
| 18 Mos. | 6 Mos. | $729.00 | $86.50 | $698.50 | $86.50 |
| 24 Mos. | 6 Mos. | $827.50 | $98.50 | $797.00 | $98.50 |
| 30 Mos. | 6 Mos. | $939.00 | $111.50 | $909.50 | $112.50 |
| 36 Mos. (Maximum) | | $1,065.00 | $126.00 | $1,037.00 | $127.50 |
| **PENSION BAND** | | **114** | | **113** | |

14

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 11A                          EFFECTIVE AUGUST 03, 2008

### CUSTOMER ACCOUNT REPRESENTATIVE, CUSTOMER BUSINESS REPRESENTATIVE

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE 2 | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $479.50 | | $451.00 | |
| 6 Mos. | 6 Mos. | $543.00 | $63.50 | $514.00 | $63.00 |
| 12 Mos. | 6 Mos. | $618.00 | $75.00 | $588.00 | $74.00 |
| 18 Mos. | 6 Mos. | $701.50 | $83.50 | $671.50 | $83.50 |
| 24 Mos. | 6 Mos. | $796.50 | $95.00 | $765.50 | $94.00 |
| 30 Mos. | 6 Mos. | $902.50 | $106.00 | $874.00 | $108.50 |
| 36 Mos. (Maximum) | | $1,025.00 | $122.50 | $998.00 | $124.00 |
| **PENSION BAND** | | **112** | | **111** | |

15

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 12                                    EFFECTIVE AUGUST 03, 2008

COMMUNICATIONS REPRESENTATIVE #2

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $513.50 | | $491.50 | |
| 6 Mos. | 6 Mos. | $575.00 | $61.50 | $551.50 | $60.00 |
| 12 Mos. | 6 Mos. | $643.00 | $68.00 | $619.50 | $68.00 |
| 18 Mos. | 6 Mos. | $719.00 | $76.00 | $695.00 | $75.50 |
| 24 Mos. | 6 Mos. | $804.50 | $85.50 | $780.50 | $85.50 |
| 30 Mos. | 6 Mos. | $900.50 | $96.00 | $877.50 | $97.00 |
| 36 Mos. | 6 Mos. | $1,006.00 | $105.50 | $984.50 | $107.00 |
| 42 Mos. | 6 Mos. | $1,126.00 | $120.00 | $1,106.50 | $122.00 |
| 48 Mos. (Maximum) | | $1,259.50 | $133.50 | $1,242.50 | $136.00 |
| **PENSION BAND** | | **121** | | **120** | |

16

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 13                                    EFFECTIVE AUGUST 03, 2008

ENGINEERING ASSISTANT

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $502.50 | | $486.00 | |
| 6 Mos. | 6 Mos. | $559.00 | $56.50 | $541.50 | $55.50 |
| 12 Mos. | 6 Mos. | $622.50 | $63.50 | $605.00 | $63.50 |
| 18 Mos. | 6 Mos. | $693.50 | $71.00 | $674.50 | $69.50 |
| 24 Mos. | 6 Mos. | $773.50 | $80.00 | $752.50 | $78.00 |
| 30 Mos. | 6 Mos. | $860.50 | $87.00 | $839.50 | $87.00 |
| 36 Mos. | 6 Mos. | $958.00 | $97.50 | $937.50 | $98.00 |
| 42 Mos. | 6 Mos. | $1,066.50 | $108.50 | $1,045.50 | $108.00 |
| 48 Mos. | 6 Mos. | $1,189.00 | $122.50 | $1,168.00 | $122.50 |
| 54 Mos. (Maximum) | | $1,323.00 | $134.00 | $1,302.00 | $134.00 |
| **PENSION BAND** | | **123** | | **122** | |

17

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 14                         EFFECTIVE AUGUST 03, 2008

### COMMUNICATIONS REPRESENTATIVE

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $521.50 | | $488.50 | |
| 6 Mos. | 6 Mos. | $578.50 | $57.00 | $546.00 | $57.50 |
| 12 Mos. | 6 Mos. | $644.00 | $65.50 | $609.50 | $63.50 |
| 18 Mos. | 6 Mos. | $715.50 | $71.50 | $682.00 | $72.50 |
| 24 Mos. | 6 Mos. | $794.50 | $79.00 | $761.00 | $79.00 |
| 30 Mos. | 6 Mos. | $883.50 | $89.00 | $850.50 | $89.50 |
| 36 Mos. | 6 Mos. | $981.00 | $97.50 | $949.50 | $99.00 |
| 42 Mos. | 6 Mos. | $1,090.00 | $109.00 | $1,062.00 | $112.50 |
| 48 Mos. | 6 Mos. | $1,211.50 | $121.50 | $1,186.00 | $124.00 |
| 54 Mos. (Maximum) | | $1,345.50 | $134.00 | $1,327.00 | $141.00 |
| **PENSION BAND** | | **124** | | **123** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 15                                            EFFECTIVE AUGUST 03, 2008

### ENTRY 1-III CLERK

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $417.50 | | $401.50 | |
| 6 Mos. | 6 Mos. | $465.00 | $47.50 | $447.50 | $46.00 |
| 12 Mos. | 6 Mos. | $518.00 | $53.00 | $497.50 | $50.00 |
| 18 Mos. | 6 Mos. | $577.00 | $59.00 | $555.00 | $57.50 |
| 24 Mos. | 6 Mos. | $642.50 | $65.50 | $619.00 | $64.00 |
| 30 Mos. | 6 Mos. | $716.50 | $74.00 | $689.50 | $70.50 |
| 36 Mos. (Maximum) | | $798.00 | $81.50 | $767.50 | $78.00 |
| **PENSION BAND** | | **105** | | **104** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 16                              EFFECTIVE AUGUST 03, 2008

### ENTRY 3 - III CLERK

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $430.50 | | $402.50 | |
| 6 Mos. | 6 Mos. | $483.50 | $53.00 | $454.50 | $52.00 |
| 12 Mos. | 6 Mos. | $543.00 | $59.50 | $513.50 | $59.00 |
| 18 Mos. | 6 Mos. | $612.00 | $69.00 | $581.50 | $68.00 |
| 24 Mos. | 6 Mos. | $687.00 | $75.00 | $657.50 | $76.00 |
| 30 Mos. | 6 Mos. | $773.50 | $86.50 | $743.00 | $85.50 |
| 36 Mos. (Maximum) | | $868.00 | $94.50 | $839.50 | $96.50 |
| **PENSION BAND** | | **107** | | **106** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 17                                     EFFECTIVE AUGUST 03, 2008

### SEMI-SKILLED 2-III CLERK

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $435.50 | | $407.00 | |
| 6 Mos. | 6 Mos. | $493.00 | $57.50 | $463.00 | $56.00 |
| 12 Mos. | 6 Mos. | $558.00 | $65.00 | $525.00 | $62.00 |
| 18 Mos. | 6 Mos. | $630.50 | $72.50 | $596.00 | $71.00 |
| 24 Mos. | 6 Mos. | $713.50 | $83.00 | $676.50 | $80.50 |
| 30 Mos. | 6 Mos. | $805.50 | $92.00 | $767.00 | $90.50 |
| 36 Mos. (Maximum) | | $911.50 | $106.00 | $871.00 | $104.00 |
| **PENSION BAND** | | **109** | | **107** | |

21

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 18                                    EFFECTIVE AUGUST 03, 2008

### SKILLED 1-III CLERK

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $445.50 | | $414.00 | |
| 6 Mos. | 6 Mos. | $505.00 | $59.50 | $471.00 | $57.00 |
| 12 Mos. | 6 Mos. | $573.00 | $68.00 | $538.50 | $67.50 |
| 18 Mos. | 6 Mos. | $648.50 | $75.50 | $615.00 | $76.50 |
| 24 Mos. | 6 Mos. | $736.00 | $87.50 | $703.00 | $88.00 |
| 30 Mos. | 6 Mos. | $835.50 | $99.50 | $802.50 | $99.50 |
| 36 Mos. (Maximum) | | $947.00 | $111.50 | $916.50 | $114.00 |
| **PENSION BAND** | | **110** | | **109** | |

22

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 19                              EFFECTIVE AUGUST 03, 2008

ENTRY 1-B CLERK

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $393.50 | | $381.00 | |
| 6 Mos. | 6 Mos. | $438.00 | $44.50 | $423.50 | $42.50 |
| 12 Mos. | 6 Mos. | $487.50 | $49.50 | $472.00 | $48.50 |
| 18 Mos. | 6 Mos. | $542.00 | $54.50 | $525.50 | $53.50 |
| 24 Mos. | 6 Mos. | $604.50 | $62.50 | $584.50 | $59.00 |
| 30 Mos. | 6 Mos. | $673.50 | $69.00 | $650.50 | $66.00 |
| 36 Mos. (Maximum) | | $750.50 | $77.00 | $723.50 | $73.00 |
| **PENSION BAND** | | **103** | | **102** | |

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 20                    EFFECTIVE AUGUST 03, 2008

ENTRY 3-B CLERK

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $412.50 | | $391.50 | |
| 6 Mos. | 6 Mos. | $464.50 | $52.00 | $441.00 | $49.50 |
| 12 Mos. | 6 Mos. | $523.00 | $58.50 | $497.50 | $56.50 |
| 18 Mos. | 6 Mos. | $589.00 | $66.00 | $561.50 | $64.00 |
| 24 Mos. | 6 Mos. | $662.00 | $73.00 | $634.50 | $73.00 |
| 30 Mos. | 6 Mos. | $746.00 | $84.00 | $715.50 | $81.00 |
| 36 Mos. (Maximum) | | $839.00 | $93.00 | $806.00 | $90.50 |
| **PENSION BAND** | | **106** | | **105** | |

24

CWA DISTRICT 2 DC, MD, VA, & WV

WAGE SCHEDULE: 21                                    EFFECTIVE AUGUST 03, 2008

SEMI-SKILLED 2-B CLERK

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $422.00 | | $399.00 | |
| 6 Mos. | 6 Mos. | $477.00 | $55.00 | $451.50 | $52.50 |
| 12 Mos. | 6 Mos. | $539.00 | $62.00 | $512.00 | $60.50 |
| 18 Mos. | 6 Mos. | $609.00 | $70.00 | $579.50 | $67.50 |
| 24 Mos. | 6 Mos. | $689.00 | $80.00 | $657.00 | $77.50 |
| 30 Mos. | 6 Mos. | $778.50 | $89.50 | $743.50 | $86.50 |
| 36 Mos. (Maximum) | | $881.00 | $102.50 | $842.50 | $99.00 |
| **PENSION BAND** | | **108** | | **106** | |

25