# EXHIBIT "C"



# Mid-Atlantic
# Regional Attendance Plan (RAP)

(Applicable only to CWA associates employed by Verizon New Jersey Inc., Verizon Pennsylvania Inc., Verizon Delaware Inc., Verizon Washington DC Inc., Verizon Maryland Inc., Verizon Virginia Inc., Verizon West Virginia Inc., Verizon South Inc. (Virginia), Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon Corporate Services Corp., Verizon Services Corp., New Jersey IBEW and Pennsylvania IBEW associates employed by the same Companies)

<u>Attendance Policy:</u>
Verizon expects reasonable attendance and punctuality from its associate employees. Employees shall be available for work each scheduled tour and shall report to work on time. Employees are expected to maintain reasonable health standards, take intelligent precautions against illness and accidents, make arrangements for personal needs outside of normal work hours and provide timely notification to supervision, prior to the start of a tour, when unable to report for duty or report on time. The Company encourages employees that anticipate or are experiencing attendance difficulties to seek counseling or assistance from VZLife or work/life resource programs.

Absenteeism and tardiness lower the Company's competitive posture by disrupting customer service and production, interfering with the services an organization provides, hindering daily and long-range planning, having a negative effect on Company income and net earnings, and increasing the burden on those employees who must share the increased workload. Absenteeism and/or tardiness are a basis for disciplinary action, up to and including dismissal.

This attendance plan covers regular full time, regular part time and regular term associates and is effective on May 1, 2006 for CWA associates in NJ, DE and PA. This attendance plan covers regular full time, regular part time and regular term associates and is effective on March 11, 2007 for CWA associates in Washington DC, Maryland, Virginia and West Virginia. This attendance plan covers regular full time, regular part time and regular term associates and is effective on April 1, 2007 for IBEW associates in New Jersey. This attendance plan covers regular full time, regular part time and regular term associates and is effective on July 29, 2007 for IBEW associates in Pennsylvania.

**NOTE:** Absences that are certified as covered by the Family and Medical Leave Act (FMLA) and NJ Family Leave Act are not considered chargeable absences and therefore are not subject to this Plan.

## *RESPONSIBILITY:*

**<u>Employees:</u>** All employees shall be accountable for their attendance and punctuality. Each employee is expected to be on the job, ready to work, at the scheduled start time and after a break or meal period. Employees who are unable to report to work or who expect to be tardy must notify their supervisor prior to the employee's scheduled start time.

**<u>Management Employees with Reporting Associate Personnel:</u>** Supervisors shall monitor attendance and identify the development of any absence and/or tardiness trends. For all cases of absence or tardiness, the supervisor shall acknowledge the absence or tardiness when the employee returns to work, determine the reason, and let the employee know s/he was missed. Based on the specific circumstances regarding the employee's absence or tardiness, the supervisor uses discretion in determining whether to initiate placement on the Plan or progress an employee through the Plan. It is appropriate for supervisors to counsel the employee, make the employee aware of VZLife and other work/life resources, where appropriate, and to take prompt and appropriate action where unfavorable trends develop. In addition, supervisors shall ensure that any disciplinary action taken against similarly situated employees for excessive absenteeism and/or tardiness is administered in a reasonably consistent manner.

Individuals are "similarly situated" for purposes of imposing discipline if the nature of the absence and /or tardiness of the employees in question is the same or quite similar, there are no unusual mitigating or aggravating circumstances involved which distinguish the conduct of one employee from that of the other, and the overall employment records of the employees in question (taking into consideration such factors as the length of service, prior disciplinary record, and previous performance record, among others) are comparable. In addition, in comparing the treatment of "similarly situated" employees, it is usually appropriate to focus on individuals employed in the same work group/manager's group or, in some instances, the same director-level organization.

In any case where suspension (including where letters in lieu of suspension are an option) or termination is anticipated, supervisors should contact their Human Resources Business Partner, if appropriate.

**Human Resources Business Partner (HRBP):** The HRBP is accountable for coaching the client. In order to do this, the HRBP may request:
- The facts of the case
- All documentation associated with attendance, including but not limited to the employee's absence calendar
- Information and/or documentation regarding similar attendance cases, etc.

In any case where suspension (including letters in lieu of suspension) or termination is anticipated, the HRBP may contact Labor Relations as appropriate.

**Labor Relations:** Labor Relations will discuss and review attendance cases with the HRBP, as necessary, to insure action is appropriate and treatment is consistent.

## *Definitions:*

**Incident:** Any chargeable occurrence of absence or tardiness. An incident is recorded without regard to the amount of time missed (e.g. 1/2 of scheduled tour, related to a non-FMLA covered absence = 1 incident; 5 days of non-FMLA covered absence = 1 incident; 5 or more minutes late, related to a non-FMLA covered absence = 1 incident; or minor tardiness of less than 5 minutes = 1 incident)

**Chargeable Absence:** Any absence, paid or unpaid, which is recorded and charged against an employee's record for the purpose of determining attendance performance (e.g. non-FMLA covered sickness and disability absences; absence due to transportation difficulties; unexcused time without pay; etc.). If an employee reports to work after one half of their tour has elapsed, that period of time will be considered an absence.

**Non-Chargeable Absence:** Any absence, paid or unpaid, which is recorded but not charged against an employee's record for the purpose of determining attendance performance (e.g. jury duty; military duty; FMLA certified absence; death in immediate family; excused time without pay- force and load conditions permitting).

**Significant tardiness** is any chargeable time, 5 minutes or more when an employee is not on duty ready to work at the beginning of a scheduled work period or after a break or meal period.

**Minor tardiness:** is any chargeable time of less than 5 minutes occurring when an employee is not on duty ready to work at the beginning of a scheduled work period or after a break or meal period. For purposes of administering this step plan, and to progress an employee through the step plan, 3 incidents of minor tardiness will equate to 1 significant incident of tardiness.

**Documentation:** The recording of any discussion or incident involving an employee which relates to that employee's job. Documentation of attendance is a valuable and necessary record. It may be important for:

| | |
|---|---|
| • Coaching | • Appraisals |
| • Counseling | • Grievances |
| • Improvement | • Arbitration Cases |
| • Disciplinary Action | • Other Legal Cases |

Supervisors are accountable for ensuring that all absence calendars are kept up-to-date. They should also ensure that any documentation placed in the personnel file corresponds with the employee's current absence calendar. Furthermore, any discussion or incident involving an employee should be documented and a copy of that documentation should be provided to the employee.

**Timely Notification:** Notification is considered timely if given to supervision prior to the start of the employee's scheduled tour. In cases where the employee has advance notice that a conflict exists which will prevent him/her from being on time or able to report to work, the employee is expected to notify supervision as soon as possible.-

NOTE: Failure to provide timely notification may subject the employee to disciplinary action up to and including dismissal.

**Union Representation:** Before any attendance discussion with a represented employee that will result in a warning, suspension or dismissal the supervisor must advise the employee. The supervisor must honor a represented employee's request for union representation during any investigatory meeting in which the employee could reasonably believe disciplinary action might result. In addition, labor agreements require that supervisors give the employee an opportunity to have union representation, if requested, at any meeting where discipline (including warnings) is to be announced. Contact Labor Relations for interpretation.

## ASSESSING UNSATISFACTORY ATTENDANCE:

Consideration of the following factors suggests that different disciplinary action is appropriate. Consult with your HRBP. Some examples are:
- Failure to provide timely notification
- AWOL (Absence Without Leave), failure to report
- Pattern of poor attendance (e.g. 1 or more formal evaluations within the past 5 years which the employee was rated Does not Meet Requirements in Attendance/Punctuality)
- Employees with less than 6 months of service

Conversely, prior to placement or once an employee has been placed on the Plan, assessment of the following factors may lead to the determination, in appropriate cases, that progression to the next step is not required. Some examples are:
- One isolated absence or tardiness caused by a non-medical related personal emergency.
- One isolated absence or tardiness which, in light of all the facts and circumstances, appears to have been totally unavoidable.
- A past perfect, or near perfect attendance record for the preceding year (near perfect attendance is defined as 1 day or less of chargeable absence).
- Long service (normally 5 years or more) combined with an established satisfactory attendance record over the last 5 years.

**CODE OF CONDUCT VIOLATIONS:** In cases where it appears that false or misleading information/certification has been provided, the supervisor should consult with Labor Relations because a possible violation of the Code of Business Conduct may have occurred. Under the Code, misrepresenting one's health status or other reasons for absence may constitute independent grounds for disciplinary action, up to and including dismissal, regardless of an employee's overall attendance record.

**SUPERVISORY RESPONSIBILITIES IN MANAGING ATTENDANCE:**
Supervisors are accountable to monitor attendance and to identify the development of any absence and/or tardiness trends. Based on the specific circumstances regarding the employee's absence or tardiness, the supervisor uses discretion in determining whether to initiate placement on the Plan or progress an employee through the Plan. Supervisors should administer the Regional Attendance Plan with employees in the same work group/manager's group or, in some instances, the same Director-level organization in a consistent manner.

As soon as possible following the employee's return from an absence, conduct a "Welcome Back" discussion with the employee. Advise the employee that if the absence qualifies for FMLA coverage, the employee will not be charged with an absence but that his/her target date will be extended by the amount of FMLA absence. Advise that if the absence does not qualify for FMLA coverage, it will be a chargeable incident and could result in placement on a Step of the attendance Plan, including disciplinary action applicable at that Step. Document this discussion.

NOTE: Supervisors needing coaching and assistance on attendance and other absence management issues should be consulting, on an ongoing basis, with the appropriate Human Resources personnel for their LOB/BU.

*ATTENDANCE PLAN PROCESS*

**EMPLOYEES WITH 5 YEARS OF SERVICE OR MORE:**

**STEP 1:**
- 1 chargeable incident of absence 3 days or greater, or
- 2 chargeable incidents of absence in 6 months, or
- 4 chargeable incidents of significant tardiness (or equivalent minor tardiness) in 6 months, or
- Any combination of 1 chargeable incident of absence and 2 or more chargeable incidents of significant tardiness (or equivalent repeated minor tardiness) in 6 months.

**Supervisor's Action:**

- As soon as practicable following the chargeable absence(s) and/or tardiness, supervisor has a discussion with the employee regarding the employee's attendance/punctuality record and the reason(s) for the occurrence(s) of absence and/or tardiness.
- In order to properly assess whether movement to this step is appropriate, refer to the section entitled Assessing Unsatisfactory Attendance.
- Supervisor also reviews the importance of good attendance to the Company:
    - That it is a job requirement.
    - That, if the employee is placed on Step 2 (or Step 3 if next absence exceeds 3 days) of the Plan, he/she will be considered DN (Does Not Meet Requirements) in Attendance and Punctuality for purposes of the Associate Appraisal Plan and the Regional Associate Mobility Plan (RAMP).
    - Advise the employee that the next chargeable incident of absence of 3 days or less, or 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months may result in placement on Step 2.
    - The employee must be informed that if the employee has another chargeable incident of absence within 6 months that exceeds 3 days the employee will be placed on Step 3 and may be disciplined with a suspension (or letter in lieu of suspension[1]).
    - The employee must be informed that their target date will be extended for any full days of an approved Leave of Absence (e.g. FMLA, Education). *This does not apply to Military Leave of Absence*
    - If FMLA approval is still pending for another absence that occurred before and/or after the absence that the employee was most recently stepped for, the supervisor should inform the employee that

---

[1] Letters in lieu of suspensions are an option for dealing with absence and tardiness in, NJ CWA Commercial Marketing, NJ CWA Traffic, PA CWA Local 13000, DE CWA Local 13100, DE CWA Local 13101, NJ IBEW Local 827 and PA IBEW Local 1944.

- although they are moving the employee to Step 1 at this time, if the pending absence ends up being denied for FMLA, this could result in further progression on the Plan.
  - The discussion should be documented, and placed in the employee's personnel file. A copy of the discussion should be provided to the employee.

**Employee's Responsiveness:**

- If there are no further chargeable incidents of absence or fewer than 2 chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months, the employee is removed from attendance plan.
- Supervisor documents this improvement and places the documentation in the personnel file confirming the employee's removal from the plan. A copy of the discussion should be provided to the employee.

## STEP 2:

- Next chargeable incident of absence (3 days or less) within 6 months of the previous incident, or
- 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within 6 months of the previous incident.

**Supervisor's Action:**

- As soon as practicable following the chargeable absence and/or tardiness, supervisor has a discussion with the employee regarding the employee's attendance/punctuality record and the reason(s) for the occurrence(s) of absence and/or tardiness.
- In order to properly assess whether movement to this step is appropriate, refer to the section entitled Assessing Unsatisfactory Attendance.
- Supervisor gives the employee a warning, that his/her attendance is unsatisfactory and that an additional incident of chargeable absence or 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months may result in a suspension (or letter in lieu of suspension[1]).
- Employee is now considered DN (Does Not Meet Requirements) in Attendance and Punctuality for purposes of the Associate Appraisal Plan and the Regional Associate Mobility Plan (RAMP).
- The employee must be informed that their target date will be extended for any full days of an approved Leave of Absence (e.g. FMLA, Education). *This does not apply to Military Leave of Absence.*
- If FMLA approval is still pending for another absence that occurred before and/or after the absence that the employee was most recently stepped for, the supervisor should inform the employee that although they are moving the employee to Step 2 at this time, if the pending absence ends up being denied for FMLA, this could result in further progression on the Plan.
- The discussion should be documented, and placed in the employee's personnel file. A copy of the discussion should be provided to the employee.
- The appraisal form and Personal Employee Data (PED) form should be revised accordingly.

---

[1] Letters in lieu of suspensions are an option for dealing with absence and tardiness in, NJ CWA Commercial Marketing, NJ CWA Traffic, PA CWA Local 13000, DE CWA Local 13100, DE CWA Local 13101, NJ IBEW Local 827 and PA IBEW Local 1944.

**Employee's Responsiveness:**

- If there are no further chargeable incidents of absence or fewer than 2 chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months, employee is placed back on Step 1.
- Supervisor discusses improvement with the employee, and places the documentation in the personnel file confirming the move back to the previous Step. A copy of the discussion should be provided to the employee.
- Appraisal and PED forms should be updated to reflect the employee's improvement.

### STEP 3:

- For employees on Step 1, next chargeable incident of absence exceeding 3 days within 6 months of the previous incident or,
- For employees on Step 2, next chargeable incident of absence or 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within 6 months of the previous incident.

**Supervisor's Action:**

- As soon as practicable following the chargeable absence and/or tardiness, supervisor has a discussion with the employee regarding the employee's attendance/punctuality record and the reason(s) for the occurrence(s) of absence and/or tardiness.
- In order to properly assess whether movement to this step is appropriate, refer to the section entitled Assessing Unsatisfactory Attendance.
- If discipline is appropriate, the employee is advised that disciplinary action will be taken in the form of a suspension (or letter in lieu of a suspension[1]); advise the employee of the number of days of suspension and when the employee is expected to return to work.
- Upon return from suspension (or after letter in lieu of suspension[1] is issued), warn the employee that an additional incident of chargeable absence or 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months may result in a more lengthy suspension (or letter in lieu of suspension[1]).
- An employee who moved to Step 3 from Step 1 is now considered DN (Does Not Meet Requirements) in Attendance and Punctuality for purposes of the Associate Appraisal Plan and the Regional Associate Mobility Plan (RAMP).
- The employee must be informed that their target date will be extended for any full days of an approved Leave of Absence (e.g. FMLA, Education). *This does not apply to Military Leave of Absence.*
- If FMLA approval is still pending for another absence that occurred before and/or after the absence that the employee was most recently stepped for, the supervisor should inform the employee that although they are moving the employee to Step 3 at this time, if the pending absence ends up being denied for FMLA, this could result in further progression on the Plan.
- The discussion should be documented, and placed in the employee's personnel file. A copy of the discussion should be provided to the employee.
- The appraisal form and Personal Employee Data (PED) form should be revised accordingly.

---

[1] Letters in lieu of suspensions are an option for dealing with absence and tardiness in, NJ CWA Commercial Marketing, NJ CWA Traffic, PA CWA Local 13000, DE CWA Local 13100, DE CWA Local 13101, NJ IBEW Local 827 and PA IBEW Local 1944.

**Employee's Responsiveness:**

- If there are no further chargeable incidents of absence or fewer than 2 chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months, employee placed back on Step 2.
- Supervisor discusses improvement with the employee and places the documentation in the personnel file confirming the move back to the previous Step. A copy of the discussion should be provided to the employee.

## STEP 4:

- Next chargeable incident of absence within 6 months of the previous incident, or
- 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within 6 months of the previous incident.

**Supervisor's Action:**

- As soon as practicable following the chargeable absence and/or tardiness, supervisor has a discussion with the employee regarding the employee's attendance/punctuality record and the reason(s) for the occurrence(s) of absence and/or tardiness.
- In order to properly assess whether movement to this step is appropriate, refer to the section entitled Assessing Unsatisfactory Attendance.
- If discipline is appropriate, the employee is advised that disciplinary action will be taken in the form of a more lengthy suspension (or letter in lieu of a suspension[1]); advise the employee of the number of days of suspension and when the employee is expected to return to work.
- Upon return from suspension (or after letter in lieu of suspension[1] is issued), warn the employee that an additional incident of chargeable absence or 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) may result in more severe discipline, up to and including dismissal.
- The employee must be informed that their target date will be extended for any full days of an approved Leave of Absence (e.g. FMLA, Education). *This does not apply to Military Leave of Absence.*
- If FMLA approval is still pending for another absence that occurred before and/or after the absence that the employee was most recently stepped for, the supervisor should inform the employee that although they are moving the employee to Step 4 at this time, if the pending absence ends up being denied for FMLA, this could result in further progression on the Plan.
- The discussion should be documented; and placed in the employee's personnel file. A copy of the discussion should be provided to the employee.

**Employee's Responsiveness:**

- If there are no further chargeable incidents of absence or fewer than 2 chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months, employee is placed back on Step 3.
- Supervisor discusses improvement with the employee and places the documentation in the personnel file confirming the move back to the previous Step. A copy of the discussion should be provided to the employee.

---

[1] Letters in lieu of suspensions are an option for dealing with absence and tardiness in, NJ CWA Commercial Marketing, NJ CWA Traffic, PA CWA Local 13000, DE CWA Local 13100, DE CWA Local 13101, NJ IBEW Local 827 and PA IBEW Local 1944.

### STEP 5:

- Next chargeable incident of absence within 6 months of the previous incident, or
- 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within 6 months of the previous incident.

**Supervisor's Action:**

- As soon as practicable following the chargeable absence and/or tardiness, supervisor has a discussion with the employee regarding the employee's attendance/punctuality record and the reason(s) for the occurrence(s) of absence and/or tardiness.
- In order to properly assess whether movement to this step is appropriate, refer to the section entitled Assessing Unsatisfactory Attendance.
- Following a thorough review by supervision, a decision should be made with regard to termination of employment.
- Supervisors should consult with their HRBP regarding termination, as appropriate.
- If a decision is made to terminate employment:
    - Supervisor meets with the employee to announce termination.
    - The discussion should be documented, and placed in the employee's personnel file. A copy of the discussion should be provided to the employee.
- If a decision is made not to terminate employment:
    - Supervisor advises the employee the reason why the Company is not moving forward with a termination at this time and reiterates the warning given at Step 4 (with a longer suspension or letter in lieu of suspension[1], depending on the specific circumstances).
    - The employee must be informed that their target date will be extended for any full days of an approved Leave of Absence (e.g. FMLA, Education). *This does not apply to Military Leave of Absence.*
    - If FMLA approval is still pending for another absence that occurred before and/or after the absence that the employee was most recently stepped for, the supervisor should inform the employee that although they are moving the employee to Step 5 at this time, if the pending absence ends up being denied for FMLA, this could result in further discipline on the attendance Plan, up to and including dismissal.
    - The discussion should be documented, and placed in the employee's personnel file. A copy of the discussion should be provided to the employee.
    - Refer to Step 5 Supervisor's Action for the next chargeable incident of absence or 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within 6 months of the previous incident.

**Employee's Responsiveness:**

- If a decision is made not to terminate employment and there are no further chargeable incidents of absence or fewer than 2 chargeable incidents of significant tardiness (or equivalent minor tardiness) within the in next 6 months, employee is placed back on Step 4.
- Supervisor discusses improvement with the employee and places the documentation in the personnel file confirming the move back to the previous Step. A copy of the discussion should be provided to the employee.

---

[1] Letters in lieu of suspensions are an option for dealing with absence and tardiness in, NJ CWA Commercial Marketing, NJ CWA Traffic, PA CWA Local 13000, DE CWA Local 13100, DE CWA Local 13101, NJ IBEW Local 827 and PA IBEW Local 1944.

### EMPLOYEES WITH MORE THAN 6 MONTHS BUT LESS THAN 5 YEARS OF SERVICE:

This separate process is for employees with more than 6 months but less than 5 years of service. Supervisors are accountable to closely monitor attendance of these employees to ensure that only dependable employees are retained. Supervisory judgment, as always, is critical to the reasonable management of attendance. All absence and tardiness incidents, with the exception of those covered in collective bargaining agreements, are chargeable for employees with less than 12 months service.

### STEP 1:

- 1 chargeable incident of absence 3 days or greater, or
- 2 chargeable incidents of absence in 6 months, or
- 4 chargeable incidents of significant tardiness (or equivalent minor tardiness) in 6 months, or
- Any combination of 1 chargeable incident of absence and 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) in 6 months.

**Supervisor's Action:**
- As soon as practicable following the chargeable absence(s) and/or tardiness, supervisor has a discussion with the employee regarding the employee's attendance/punctuality record and the reason(s) for the occurrence(s) of absence and/or tardiness.
- In order to properly assess whether movement to this step is appropriate, refer to the section entitled Assessing Unsatisfactory Attendance.
- Supervisor also reviews the importance of good attendance to the Company:
  - That it is a job requirement.
  - That, if the employee is placed on Step 2 of the Plan, he/she will be considered DN (Does Not Meet Requirements) in Attendance and Punctuality for purposes of the Associate Appraisal Plan and the Regional Associate Mobility Plan (RAMP).
  - Advise the employee that the next chargeable incident of absence or 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months may result in placement on Step 2.
  - The employee must be informed that their target date will be extended for any full days of an approved Leave of Absence (e.g. FMLA, Education). *This does not apply to Military Leave of Absence.*
  - If FMLA approval is still pending for another absence that occurred before and/or after the absence that the employee was most recently stepped for, the supervisor should inform the employee that although they are moving the employee to Step 1 at this time, if the pending absence ends up being denied for FMLA, this could result in further progression on the Plan.
  - The discussion should be documented, and placed in the employee's personnel file. A copy of the discussion documentation should be provided to the employee.

**Employee's Responsiveness:**

- If there are no further chargeable incidents of absence or fewer than 2 chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months, the employee is removed from attendance Plan.
- Supervisor documents this improvement and places the documentation in the personnel file confirming the employee's removal from the Plan. A copy of the discussion should be provided to the employee.

### STEP 2:

- Next chargeable incident of absence within 6 months of the previous incident, or
- 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within 6 months of the previous incident.

**Supervisor's Action:**

- As soon as practicable following the chargeable absence and/or tardiness, supervisor has a discussion with the employee regarding the employee's attendance/punctuality record and the reason(s) for the occurrence(s) of absence and/or tardiness.
- In order to properly assess whether movement to this step is appropriate, refer to the section entitled Assessing Unsatisfactory Attendance.
- Supervisor gives the employee a warning, that his/her attendance is unsatisfactory and that an additional chargeable incident of absence or 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months may result in a suspension (or letter in lieu of suspension[1]).
- Employee is now considered DN (Does Not Meet Requirements) in Attendance and Punctuality for purposes of the Associate Appraisal Plan and the Regional Associate Mobility Plan (RAMP).
- The employee must be informed that their target date will be extended for any full days of an approved Leave of Absence (e.g. FMLA, Education). *This does not apply to Military Leave of Absence.*
- If FMLA approval is still pending for another absence that occurred before and/or after the absence that the employee was most recently stepped for, the supervisor should inform the employee that although they are moving the employee to Step 2 at this time, if the pending absence ends up being denied for FMLA, this could result in further progression on the Plan.
- The discussion should be documented, and placed in the employee's personnel file. A copy of the discussion should be provided to the employee.
- The appraisal form and Personal Employee Data (PED) form should be revised accordingly.

**Employee's Responsiveness:**

- If there are no further chargeable incidents of absence or fewer than 2 chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months, employee is placed back on Step 1.
- Supervisor discusses improvement with the employee and places the documentation in the personnel file confirming the move back to the previous Step. A copy of the discussion should be provided to the employee.
- Appraisal and PED forms should be updated to reflect the employee's improvement.

**STEP 3:**

- Next chargeable incident of absence within 6 months of the previous incident, or
- 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within 6 months of the previous incident.

**Supervisor's Action:**

- As soon as practicable following the chargeable absence and/or tardiness, supervisor has a discussion with the employee regarding the employee's attendance/punctuality record and the reason(s) for the occurrence(s) of absence and/or tardiness.
- In order to properly assess whether movement to this step is appropriate, refer to the section entitled Assessing Unsatisfactory Attendance.

---

[1] Letters in lieu of suspensions are an option for dealing with absence and tardiness in, NJ CWA Commercial Marketing, NJ CWA Traffic, PA CWA Local 13000, DE CWA Local 13100, DE CWA Local 13101, NJ IBEW Local 827 and PA IBEW Local 1944.

- If discipline is appropriate, the employee is advised that disciplinary action will be taken in the form of a suspension (or letter in lieu of a suspension[1]); advise the employee of the number of days of suspension and when the employee is expected to return to work.
- Upon return from suspension (or after letter in lieu of suspension[1] is issued), warn the employee that an additional chargeable incident of absence or 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months may result in more severe discipline, up to and including dismissal.
- The employee must be informed that their target date will be extended for any full days of an approved Leave of Absence (e.g. FMLA, Education). *This does not apply to Military Leave of Absence.*
- If FMLA approval is still pending for another absence that occurred before and/or after the absence that the employee was most recently stepped for, the supervisor should inform the employee that although they are moving the employee to Step 3 at this time, if the pending absence ends up being denied for FMLA, this could result in further progression on the Plan.
- The discussion should be documented; and placed in the employee's personnel file. A copy of the discussion should be provided to the employee.

**Employee's Responsiveness:**

- If there are no further chargeable incidents of absence or fewer than 2 chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months, employee is placed back on Step 2.
- Supervisor discusses improvement with the employee and places the documentation in the personnel file confirming the move back to the previous Step. A copy of the discussion should be provided to the employee.

## STEP 4:

- Next chargeable incident of absence within 6 months of the previous incident, or
- 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within 6 months of the previous incident.

**Supervisor's Action:**

- As soon as practicable following the chargeable absence and/or tardiness, supervisor has a discussion with the employee regarding the employee's attendance/punctuality record and the reason(s) for the occurrence(s) of absence and/or tardiness.
- In order to properly assess whether movement to this step is appropriate, refer to the section entitled Assessing Unsatisfactory Attendance.
- Following a thorough review by supervision, a decision should be made with regard to termination of employment.
- Supervisors should consult with their HR Business Partner, as appropriate.
- If a decision is made to terminate employment:
    - Supervisor meets with the employee to announce termination.
    - The discussion should be documented and placed in the employee's personnel file.

---

[1] Letters in lieu of suspensions are an option for dealing with absence and tardiness in, NJ CWA Commercial Marketing, NJ CWA Traffic, PA CWA Local 13000, DE CWA Local 13100, DE CWA Local 13101, NJ IBEW Local 827 and PA IBEW Local 1944.

Page 11 of 13

- If a decision is made not to terminate employment:
    - Supervisor advises the employee the reason why the Company is not moving forward with a termination at this time and reiterates the warning (with a longer suspension or letter in lieu of suspension[1], depending on the specific circumstances) given at Step 3.
    - The employee must be informed that their target date will be extended for any full days of an approved Leave of Absence (e.g. FMLA, Education). *This does not apply to Military Leave of Absence.*
    - If FMLA approval is still pending for another absence that occurred before and/or after the absence that the employee was most recently stepped for, the supervisor should inform the employee that although they are moving the employee to Step 4 at this time, if the pending absence ends up being denied for FMLA, this could result in further discipline on the attendance Plan, up to and including dismissal.
    - The discussion should be documented; and placed in the employee's personnel file. A copy of the discussion should be provided to the employee.
    - Refer to Step 4 Supervisor's Action for the next chargeable incident of absence or 2 or more chargeable incidents of significant tardiness (or equivalent minor tardiness) within 6 months of the previous incident.

**Employee's Responsiveness:**

- If a decision is made not to terminate employment and there are no further chargeable incidents of absence or fewer than 2 chargeable incidents of significant tardiness (or equivalent minor tardiness) within the next 6 months, employee is placed back on step 3.

- Supervisor discusses improvement with the employee and places the documentation in the personnel file confirming the move back to the previous Step. A copy of the discussion should be provided to the employee.

---

[1] Letters in lieu of suspensions are an option for dealing with absence and tardiness in, NJ CWA Commercial Marketing, NJ CWA Traffic, PA CWA Local 13000, DE CWA Local 13100, DE CWA Local 13101, NJ IBEW Local 827 and PA IBEW Local 1944.

<u>**SAMPLE LETTER IN LIEU OF SUSPENSION**</u>
(Not applicable in DC, MD, VA, WV and CWA Local 13500)

**EXHIBIT 1**

Date

Dear _____

Your failure to comply with the Company's absence/tardiness standard has now put your job security in serious jeopardy. This warning letter is issued to advise you of this fact.

It should be clearly understood that this action is the equivalent of (_____) day(s) suspension under the Company's Attendance Plan and is issued to you as a final effort to draw your attention to the Company's serious concern regarding your attendance/tardiness.

Your future job status depends on immediate improvement in your attendance/tardiness record. Failure to do so can lead to dismissal.

In addition to your copy of this letter, a copy will be retained in your personnel file accompanied with a documented discussion.



SUPERVISOR SIGNATURE/TITLE



Updated: 6-27-07